IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.,<br>MAKAI SOUTHEAST, LLC (d/b/a<br>KELLER WILLIAMS REALTY WELLINGTON),<br>EQUESTRIAN PALMS, LLC,<br><br>Defendants. | Case No. 23-cv-81393-RLR<br><br><br>**NOTICE OF STRIKING** INITIAL COMPLAINT [1] |

# NOTICE OF STRIKING

A. Comes now, the Plaintiff, on behalf of the undersigned counsel and files this NOTICE OF STRIKING Doc 1, The Complaint pursuant to Clerks Notice in Doc. 3

Respectfully submitted, this 17th day of October 2023.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Attorney for Plaintiff
FL Bar No. 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Ph. 954-271-8484
ayelet@faerman.law

# CERTIFICATE OF SERVICE

I, AYELET FAERMAN, do declare as follows:

I certify that a copy of the foregoing NOTICE OF STRIKING was served upon all parties, in accordance with applicable service of process guidelines.

Executed on this 17th day of October 2023.

/s/ Ayelet Faerman
Ayelet Faerman