IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.,<br>MAKAI SOUTHEAST, LLC (d/b/a<br>KELLER WILLIAMS REALTY WELLINGTON),<br>EQUESTRIAN PALMS, LLC,<br><br>Defendants. | Case No. 23-cv-81393-RLR<br><br>**NOTICE OF STRIKING** AMENDED COMPLAINT [6] |

## NOTICE OF STRIKING

A.  Comes now, the Plaintiff, on behalf of the undersigned counsel and files this NOTICE OF STRIKING Document 6 **First AMENDED COMPLAINT against Equestrian Palms, LLC, Keller Williams Realty Inc., Makai Southeast, LLC, filed by Dr. Jeff Isaacs. (Attachments: # (1) Summon(s), # (2) Summon(s), # (3) Summon(s))**

Respectfully submitted, this 17th day of October 2023.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Attorney for Plaintiff
FL Bar No. 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Ph. 954-271-8484
ayelet@faerman.law

## CERTIFICATE OF SERVICE

I, AYELET FAERMAN, do declare as follows:

I certify that a copy of the foregoing NOTICE OF STRIKING was served upon all parties, in accordance with applicable service of process guidelines.

Executed on this 17th day of October 2023.

/s/ Ayelet Faerman
Ayelet Faerman