**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-81393-ROSENBERG/MAYNARD**

JEFF ISAACS,

    Plaintiff,

v.

KELLER WILLIAMS
REALTY, INC., et al.,

    Defendants.

    _____/

## ORDER OF COURT-MANDATED REQUIREMENTS IN TCPA-BASED CASES

**THIS MATTER** is before the Court upon the filing of an action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). To expedite the resolution of this matter, the parties are instructed to comply with the following requirements.

Plaintiff is **ORDERED** to disclose the following information to Defendant within five business days of Defendant's appearance:

1. The phone number upon which Plaintiff received the disputed phone calls.

2. The originating phone numbers that are alleged to have improperly called Plaintiff.

3. The specific time and date that Plaintiff received disputed calls.

Within five business days of the date Defendant receives Plaintiff's disclosures, Defendant is **ORDERED** to disclose the following information to Plaintiff:

1. What calls, if any, that Defendant placed to Plaintiff's phone number.

2. What equipment Defendant used to make calls to Plaintiff's phone number.

3. The identity of the person or entity that controlled the equipment that was used to call Plaintiff.

4.   Any information as to whether Plaintiff consented to receiving phone calls.

Furthermore, Magistrate Judge Bruce E. Reinhart may schedule a discovery status conference on this case, as appropriate, to be held soon after the parties' exchange of the information specified in this Order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of October, 2023.

Copies furnished to:                                    ROBIN L. ROSENBERG
All counsel of record                                   UNITED STATES DISTRICT JUDGE

and

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033
318 423-5057
PRO SE

2