UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Dr. Jeff Isaacs, on behalf of himself and all other similarly situated,

CASE NO: 9:23-cv-81393-RLR

      Plaintiff,

vs.

KELLER WILLIAMS REALTY, INC.,

      Defendants.
_____/

**OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [D.E. 9]**

Defendant, KELLER WILLIAMS REALTY, INC. ("KWRI") pursuant to Fed. R. Pro. 6(b)(1), hereby moves for an extension of time to respond to Plaintiff's Amended Complaint and states as follows:

1. Plaintiff filed his Amended Complaint on October 17, 2023 and KWRI was served on October 18, 2023.

2. Accordingly, KWRI's response to the Amended Complaint is due November 8, 2023.

3. The undersigned counsel was just retained and will be filing an appearance in this action contemporaneously with this Motion.

4. The Amended Complaint in this matter includes allegations involving the Telephone Consumer Protections Action as well as RICO. Moreover, the plaintiff is seeking class certification. For these reasons, additional time is required to investigate the Plaintiff's claims and prepare a response.

CASE NO: 23-cv-81393-RLR

5. Counsel for KWRI conferred with counsel for the Plaintiff who represented that due to the pendency of a state court proceeding, Plaintiff's counsel did not have authority to grant an extension of time which might conflict with the state court proceeding.

6. KWRI is not a party to the state court proceeding and therefore, it is not logical that an extension of time in this matter should be dependent upon an another proceeding.

7. To permit counsel additional time to confer with KWRI, KWRI respectfully requests an extension of time through and including December 8, 2023.

8. The foregoing Motion is filed in good faith and not for any dilatory purpose.

**Certification of Conferral Pursuant to L.R. 7.1(a)(3)**

The undersigned counsel conferred with counsel for the Plaintiff on November 7, 2023 and Plaintiff's opposed the relief sought herein.

WHEREFORE, Defendant, KELLER WILLIAMS REALTY, INC. respectfully requests the entry of an Order granting it an additional 30 days, through and including Friday, December 8, 2023 to respond to Plaintiff's Amended Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Siobhan E. P. Grant*
**SIOBHAN E. P. GRANT**
Florida Bar No. 68892
sgrant@hinshawlaw.com
Secondary: lleon@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 / Fax: 305-577-1063
*Attorneys for Keller Williams Realty, Inc.*

CASE NO: 23-cv-81393-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Siobhan E. P. Grant*
**SIOBHAN E. P. GRANT**