UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-CV-81393-ROSENBERG/REINHART

JEFF ISAACS

    Plaintiff,
v.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON), and
EQUESTRIAN PALMS, LLC,

    Defendants.
_____/

## DEFENDANT, MAKAI SOUTHEAST, LLC'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, MAKAI SOUTHEAST, LLC (d/b/a KELLER WILLIAMS REALTY WELLINGTON) (hereinafter "Defendant"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files its Motion for Extension of Time to Respond to Complaint, and in support thereof, states as follows:

1. On October 19, 2023, Defendant was served with the Complaint in the above-captioned litigation, rendering the response to same due on or before November 9, 2023.

2. The undersigned was recently retained to represent Defendant in this lawsuit and respectfully requests an extension of time to respond to the Complaint, rendering the response due on or before December 11, 2023.

3. Pursuant to Fed. R. Civ. P. 6(b)(1), a court may extend the period of time within which a defendant must serve its responsive pleading or motion upon a showing of good cause.

4. In this case, good cause exists to substantiate the extension requested by this Motion, as additional time is required to investigate the serious and complex allegations raised in the Complaint and formulate Defendant's response to same.

Isaacs v. Makai Southeast, LLC, et al.
Case No.:  23-cv-81393-RLR
Page 2

5. This Motion is not made for the purpose of unnecessary delay, and this is Defendant's first request for an extension to respond to the Complaint. Accordingly, there is no prejudice to Plaintiff in granting the extension sought herein.

**WHEREFORE**, the undersigned respectfully requests that this Court enter an Order extending the deadline to respond to Plaintiff's Complaint until December 11, 2023, along with any and all further relief that this Court deems is just and equitable.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), we hereby certify that counsel for Defendant conferred with counsel for Plaintiff on November 3, 2023 and November 7, 2023 in a good-faith effort to resolve the issues raised in this Motion. Plaintiff's counsel did not agreeto the extension as sought, and requested that the nature of his objection be cited in this Motion. Specifically, Keith Mathews, Esq. stated:

> Given the time limitations in the related state matter we are unable to agree to any extensions which would cause prejudice by changing the order of the answers in these cases. However, if you will move to extend the timelines 30 days in both courts we are willing to assent.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via E-Portal to everyone on the attached service list this 7th day of November, 2023.

LYDECKER LLP
2300 Glades Road, Suite 340W
Boca Raton, FL  33431
(786) 587-1899 / (305) 416-3190

By:    */s/ Eric L. McAliley*
ERIC L. McALILEY, ESQ.
Florida Bar No.: 174343
E-mail: elm@lydecker.com
ILANA J. MOSKOWITZ, ESQ.
Florida Bar No.:  126094
Email:  ijm@lydecker.com
Secondary e-mail: christy@lydecker.com

Isaacs v. Makai Southeast, LLC, et al.
Case No.: 23-cv-81393-RLR
Page 3

## SERVICE LIST

Ayelet Faerman, Esquire
FAERMAN LAW, P.A.
3859 NW 124th Ave.
Coral Springs, FL  33065
ayelet@faerman.law
*Counsel for Plaintiff*

Keith Mathews, Esquire
AMERICAN WEALTH PROTECTION
1000 Elm St., Suite 803
Manchester, NH 03105
keith@awplegal.com
*Counsel for Plaintiff – Pro Hac Vice*