UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-CV-81393-ROSENBERG/REINHART

JEFF ISAACS

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON), and
EQUESTRIAN PALMS, LLC,

    Defendants.
_____/

**PROPOSED ORDER ON DEFENDANT, MAKAI SOUTHEAST, LLC's
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER came before the Court on Defendant, MAKAI SOUTHEAST, LLC's Motion for Extension of Time to Respond to Complaint. The Court, having considered the Motion, and being otherwise fully advised in the premises, does hereby

ORDER and ADJUDGE:

1. Defendant, MAKAI SOUTHEAST, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED / DENIED.

2. _____
_____

DONE and ORDERED in chambers in West Palm Beach, Florida this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of record on service list attached

Isaacs v. Makai Southeast, LLC, et al.
Case No.:  23-cv-81393-RLR
Page 2

## SERVICE LIST

Ayelet Faerman, Esquire
FAERMAN LAW, P.A.
3859 NW 124th Ave.
Coral Springs, FL  33065
ayelet@faerman.law
*Counsel for Plaintiff*

Keith Mathews, Esquire
AMERICAN WEALTH PROTECTION
1000 Elm St., Suite 803
Manchester, NH 03105
keith@awplegal.com
*Counsel for Plaintiff – Pro Hac Vice*

Eric L. McAliley, Esquire
Ilana J. Moskowitz, Esquire
LYDECKER, LLP
2300 Glades Rd., Suite 340W
Boca Raton, FL 33431
elm@lydecker.com
ijm@lydecker.com
christy@lydecker.com
*Counsel for Makai Southeast, LLC d/b/a Keller Williams Realty Wellington*