UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Dr. Jeff Isaacs, on behalf of himself and all other similarly situated,

        Plaintiff,

vs.

KELLER WILLIAMS REALTY, INC.,

        Defendants.
_____/

CASE NO: 9:23-cv-81393-RLR

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [D.E. 25]**

Defendant, KELLER WILLIAMS REALTY, INC. ("KWRI") pursuant to Fed. R. Pro. 6(b)(1), hereby moves for an extension of time to respond to Plaintiff's First Amended Complaint[1] and states as follows:

1. Plaintiff filed his First Amended Complaint on November 15, 2023.

2. Accordingly, per Rule 15, KWRI's response to the First Amended Complaint is currently due November 29, 2023.

3. The First Amended Complaint in this matter adds nationwide putative class claims under the Sherman and Clayton Antitrust Acts, as well as nationwide putative class claims under the Fair Housing Act, in addition to the previously alleged nationwide putative class allegations under the Telephone Consumer Protection Act and RICO Act. Overall, the First Amended Complaint asserts 6 different putative class claims, plus requests a permanent injunction. It is currently 37 pages and 114 paragraphs.

---

[1] The First Amended Complaint is actually the Second Amended Complaint; however, KWRI will refer to it as the First Amended Complaint so the documents match.

CASE NO: 23-cv-81393-RLR

4.     Due to the intervening holidays and the overall breadth of the asserted putative class claims, as well as the complicated facts alleged, the undersigned counsel is in need of additional time to confer with the KWRI regarding the allegations in the First Amended Complaint. For these reasons, additional time is required to investigate the Plaintiff's claims and prepare a response.

5.     Counsel for KWRI has reached out to counsel for the Plaintiff multiple times starting November 22, 2023, and has also conferred with counsel for the Plaintiff by telephone, of which the latest conference took place on November 27, 2023. However, as of the time of filing, counsel for Plaintiff has not provided a response as to whether this Motion is opposed or not.

6.     To permit counsel additional time to confer with KWRI, KWRI respectfully requests an extension of time through and including December 13, 2023.

7.     The foregoing Motion is filed in good faith and not for any dilatory purpose.

**Certification of Conferral Pursuant to L.R. 7.1(a)(3)**

The undersigned counsel has reached out to counsel for the Plaintiff multiple times starting November 22, 2023, and has also conferred with counsel for the Plaintiff by telephone, of which the latest conference took place on November 27, 2023. However, as of the time of filing, counsel for Plaintiff has not provided a response as to whether this Motion is opposed or not.

WHEREFORE, Defendant, KELLER WILLIAMS REALTY, INC. respectfully requests the entry of an Order granting it an additional 14 days, through and including Wednesday, December 13, 2023 to respond to Plaintiff's First Amended Complaint.

3412\315410337.v1

CASE NO: 23-cv-81393-RLR

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Siobhan E. P. Grant*
**SIOBHAN E. P. GRANT**
Florida Bar No. 68892
sgrant@hinshawlaw.com
Secondary: lleon@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 / Fax: 305-577-1063
*Attorneys for Keller Williams Realty, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Siobhan E. P. Grant*
**SIOBHAN E. P. GRANT**