# Exhibit "3"

### IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

EQUESTRIAN PALMS, LLC,　　　　　　　　　　CASE NO.: 50-2023-CA-010133
　　　　　　　　　　　　　　　　　　　　　　　Division AI
　　　Plaintiff,
v.

JEFFREY ISAACS, individually,

　　　Defendant.
_____/

### AMENDED NOTICE OF MEDIATION
*(Time Change Only)*

YOU ARE NOTIFIED that the parties have scheduled a **Mediation Conference** as described below:

**DATE:** SEPTEMBER 28, 2023

**TIME:** 12:00 P.M.

**MEDIATOR:** DAVID F. CROW, RETIRED CIRCUIT JUDGE

**LOCATION:** VIRTUAL ADR - ZOOM
*(LINK WILL BE PROVIDED BY MEDIATOR'S OFFICE, JAMS, PRIOR TO MEDIATION)*

Respectfully submitted,

**PETERSON, BALDOR & MARANGES, PLLC**
8000 SW 117 Avenue, Suite 206
Miami, Florida 33183
Telephone: (305) 270-3773
Telefacsimile: (305) 275-7410
*Attorneys for Plaintiff*

/s/ Jose I. Baldor
Jose I. Baldor, Esq.
Florida Bar No. 657360
Jose@pbmlegal.net
Michael P. Peterson
Florida Bar No. 982040
Michael@pbmlegal.net
Elizabeth@pbmlegal.net

CASE NO.: 50-2023-CA-010133

Lourdes@pbmlegal.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of September 2023, I electronically filed this document with the Clerk of Court using Florida Courts E-Filing Portal. I also certify that this document is being served this day on: Defendant, **Jeffrey Isaacs,** via electronic mail at jeffreydi@gmail.com and US Mail: 11482 Key Deer Circle, Lake Worth, Florida 33449. This document is also being served upon: **Keith Matthews, Esq.**, Law Offices of Keith A. Matthews, Esq., via email: keith@awplegal.com and US Mail: 1000 Elm Street #803, Manchester, NH 03101, *Counsel for Isaacs*; David F. Crow, JAMS, dtkaczuk@jamsadr.com, *Mediator*.

By:   /s/ Jose I. Baldor