UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DR JEFF ISAACS
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

Keller Williams Realty Inc. et al,

    Defendant.

CASE NO. 9:23-cv-81393-RLR

## NOTICE OF FILING

PLEASE TAKE NOTICE OF this filing of the Amended Exhibit A.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of December 2023 a true and correct copy of the foregoing was electronically filed in the US District Court, Southern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Ayelet Faerman  
AYELET FAERMAN, ESQ.  
FBN: 102605  
Faerman Law, P.A.  
3859 NW 124th Ave  
Coral Springs, FL 33065  
Tel: (954) 271-8484  
F ax: (954) 271-8474  
ayelet@faerman.law  

/s/ Keith Mathews  
Keith Mathews  
Attorney for Plaintiff  
*Pro Hac Vice*  
NH Bar No. 20997  
American Wealth Protection  
Manchester, NH 03105  
Ph. 603-622-8100  
keith@awplegal.com