Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law

Keith Mathews
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
603-622-8100
keith@awplegal.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.,<br>MAKAI SOUTHEAST, LLC (d/b/a<br>KELLER WILLIAMS REALTY WELLINGTON),<br>EQUESTRIAN PALMS, LLC,<br><br>Defendants. | Case No. 23-cv-81393-RLR<br><br>SHERMAN ACT & TCPA<br>CLASS ACTION<br><br><br>**MOTION TO COMPEL COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND TO RESET RESPONSE DEADLINES** |

# MOTION TO COMPEL COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND TO RESET RESPONSE DEADLINES

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Dr Jeff Isaacs hereby moves the Court to order Defendants Equestrian Palms LLC, Makai Southeast LLC, and Keller Williams Realty Inc (collectively, "Defendants") to comply with FRCP 7.1 by filing the required Corporate Disclosure Statement. Additionally, Plaintiff requests an adjustment of the deadlines for the responsive pleadings in light of the need for compliance with FRCP 7.1.

## I. BACKGROUND

Under Federal Rule of Civil Procedure 7.1, Defendants are mandated to submit a Corporate Disclosure Statement at the time of their initial pleading or first appearance.

As of this date, Defendants have not filed the required Corporate Disclosure Statements, which is in contravention of FRCP 7.1.

Defendant Equestrian Palms LLC has a pending Motion to Dismiss under FRCP 12, with a responsive pleading deadline of December 13, 2023. Similarly, Defendants Makai Southeast LLC and Keller Williams Realty Inc have filed Motions to Dismiss under FRCP 12, with response deadlines set for December 20, 2023.

Notably, there is a significant discrepancy in the pleadings of Defendants Makai Southeast LLC and Keller Williams Realty Inc regarding their corporate relationship. This discrepancy has direct implications on the Plaintiff's claims and defenses.

Makai has proffered

> "Makai is both a subsidiary and an affiliated entity of KWRI." *(Makai MTD at 9).*

KWRI, on the other hand, asserted

> "To be clear, KWRI is an entirely separate company from KW Wellington… In reality, KWRI has no involvement at all with the facts alleged in this case." *(KWRI MTD at 2.)*

II.ARGUMENT

Need for Corporate Disclosure: The accuracy and transparency in the corporate relationships between Defendants are critical for assessing the claims and defenses in this case. The conflicting statements in the Motions to Dismiss filed by Makai Southeast LLC and Keller Williams Realty Inc raise concerns about the true nature of their corporate relationship and their candidness in filing dispositive motions.

Impact on Pleadings and Strategy: The lack of clarity in the Defendants' corporate relationships and non-compliance with FRCP 7.1 impede the Plaintiff's ability to file a fully informed responsive pleading. Knowledge of the corporate structure is essential for the proper framing of arguments, especially concerning claims of vicarious liability and *respondent superior* under the TCPA, FHA, and Sherman Act.

Under usual terminology, subsidiary implies direct ownership and control. In the event Makai has conceded KWRI owns or directly controls the franchise, and to the extent KWRI considers Makai a subsidiary, KWRI submitted a false or misleading pleading to the Court.

**III. RELIEF REQUESTED**

In light of the foregoing, Plaintiff respectfully requests the Court to:

Compel Defendants to file the requisite Corporate Disclosure Statements pursuant to FRCP 7.1 by no later than December 21, 2023.

Extend the deadline for Plaintiff's responsive pleadings to January 4, 2024, to allow for the incorporation of information from the Defendants' Corporate Disclosure Statements.

## IV. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant this Motion to Compel Compliance with Federal Rule of Civil Procedure 7.1 and to Reset Response Deadlines.

Respectfully submitted,

Dated: 12/08/2023

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Faerman Law P.A.
FL Bar 102605
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law


/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff

*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the forgoing was served through this court's e-filing system this day.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
/s/ Keith Mathews
Keith Mathews