UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-CV-81393-ROSENBERG/REINHART

JEFF ISAACS

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON), and
EQUESTRIAN PALMS, LLC,

    Defendants.
_____/

## DEFENDANT, MAKAI SOUTHEAST, LLC'S, AMENDED RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Makai Southeast, LLC, through its undersigned counsel, certifies that there is no parent corporation or publicly held corporation that owns ten (10) percent or more of MAKAI SOUTHEAST, LLC'S stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via E-Portal to everyone on the attached service list this 11th day of December, 2023.

                                      LYDECKER LLP
                                      2300 Glades Road, Suite 340W
                                      Boca Raton, FL  33431
                                      (786) 587-1899 / (305) 416-3190

By:    ***/s/ Eric L. McAliley***
        ERIC L. McALILEY, ESQ.
        Florida Bar No.: 174343
        E-mail: elm@lydecker.com
        ILANA J. MOSKOWITZ, ESQ.
        Florida Bar No.:  126094
        Email: ijm@lydecker.com
        Secondary e-mail: christy@lydecker.com

Isaacs v. Makai Southeast, LLC, et al.
Case No.:  23-cv-81393-RLR

## SERVICE LIST

Ayelet Faerman, Esquire
FAERMAN LAW, P.A.
3859 NW 124th Ave.
Coral Springs, FL  33065
ayelet@faerman.law
***Counsel for Plaintiff***

Keith Mathews, Esquire
AMERICAN WEALTH PROTECTION
1000 Elm St., Suite 803
Manchester, NH 03105
keith@awplegal.com
***Counsel for Plaintiff – Pro Hac Vice***

Jose I. Baldor, Esquire
Matthew Maranges, B.C.S.
PETERSON, BALDOR & MARANGES, PLLC
8000 SW 117th Ave., Suite 206
Miami, FL 33176
jose@pbmlegal.net
matt@pbmlegal.net
lourdes@pbmlegal.net
elizabeth@pbmlegal.net
***Counsel for Equestrian Palms, LLC***