Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law

Keith Mathews
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
603-622-8100
keith@awplegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.,<br>MAKAI SOUTHEAST, LLC (d/b/a<br>KELLER WILLIAMS REALTY WELLINGTON),<br>EQUESTRIAN PALMS, LLC,<br><br>Defendants. | Case No. 23-cv-81393-RLR<br><br><br><br>**NOTICE OF REMOVAL** |

1

# NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, Plaintiff, DR JEFF ISAACS, hereby removes the following two civil matters action to this Court from the CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

1. DR. JEFF ISAACS is the Defendant in two separate civil actions
   (a) The first action under caption EQUESTRIAN PALMS LLC V ISAACS, JEFFREY brought on 05/09/2023 in the CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA Case Number 50-2023-CA-010133
   (b) The first action under caption MAKAI SOUTHEAST LLC V. ISAACS, JEFFREY brought on 06/27/2023 in the CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA Case Number 50-2023-CA-011575

**Grounds for Removal**

2. This case is removable under 28 U.S.C. §1441(a) because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. §1331. Specifically, plaintiff's principal claim for relief concerns Federal antitrust claims, class action , Fair Housing Act, and violations of TCPA and plaintiff is asserting the right to recover for this on the basis of The Sherman Act of 1890, The Clayton Act (15 U.S.C. § 15), The Telephone Consumer Protection Act (28 U.S.C § 1331).

3. Pursuant to 28 U.S.C. §1446(a), Plaintiff attaches to this notice the following papers, which are all of the process, pleadings, and orders served on it prior to removal of this action:

   Regarding EQUESTRIAN PALMS LLC V ISAACS, JEFFREY CASE NUMBER: 50-2023-CA-010133-XXXX-MB

   (a) 05/10/2023 COMPLAINT attached hereto as Exhibit A
   (b) 05/11/2023 SUMMONS ISSUED attached hereto as Exhibit B
   (c) 06/22/2023 LIS PENDENS BOOK 34402 PAGE 1090-1090 attached hereto as Exhibit C
   (d) 08/21/2023 ORDER DIRECTING SERVICE ORDER DIRECTING PLAINTIFF TO EFFECT SERVICE UPON DEFENDANT JAMES NUTT CIRCUIT attached hereto as Exhibit D
   (e) 08/25/2023 MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DFT JEFFREY ISAAC'S F/B PLT attached hereto as Exhibit E

(f) 09/25/2023 ORDER EXTENDING TIME TO SERVE PROCESS ON DEFENDANT JEFFREY ISAACS - GRANTED S/B JUDGE J CURLEY JR DTD attached hereto as Exhibit F

(g) 10/12/2023 AFFIDAVIT AFFIDAVIT FOR SERVICE BY PUBLICATION attached hereto as Exhibit G

(h) 10/24/2023 NOTICE OF ACTION - PUBLICATION TO JEFFREY ISAACS LAST KNOWN ADDRESS 11482 KEY DEER CIRCLE LAKE WORTH, FL 33449 PUBLISH PBDBR DATES 11/01/2023 11/08/2023 11/15/2023 & 11/22/2023 MANDATORY DATE 12/01/2023 ** CPY PROVIDE FOR MAILING ** attached hereto as Exhibit H

(i) 11/03/2023 DCM DESIGNATION TO THE GENERAL TRACK WITH JURY TRIAL ORDER G. JOSEPH CURLEY, JR attached hereto as Exhibit I

(j) 11/08/2023 MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLT'S COMPLAINT F/B DFT attached hereto as Exhibit J

(k) 11/16/2023 ORDER GRANTING J. CURLEY attached hereto as Exhibit K

(l) 12/08/2023 MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLTS' COMPLAINT F/B DFT attached hereto as Exhibit L

Regarding MAKAI SOUTHEAST LLC V ISAACS, JEFFREY CASE NUMBER: 50-2023-CA-011575-XXXX-MB

(m) 06/27/2023 COMPLAINT attached hereto as Exhibit M

(n) 08/29/2023 MOTION FOR PLAINTIFF'S EXP ARTE MOTION FOR ORDER PERMITTING CONSTRUCTIVE SERVICE OF PROCESS BY PUBLICATION attached hereto as Exhibit N

(o) 09/07/2023 DCM DESIGNATION TO THE GENERAL TRACK WITH JURY TRIAL ORDER attached hereto as Exhibit O

(p) 09/11/2023 ORDER B HARPER DTD 9/11/23 RE: SERVICE OF PROCESS BY PUBLICAION – attached hereto as Exhibit P

(q) 09/29/2023 NOTICE OF ACTION – PUBLICATION TO JEFFREY ISAACS 11482 KEY DEER CIRCLE LAKE WORTH BEAH FL 33449 & 31 HUNT VALLEY LANE BERWYN PA 19312-2314 PUBLISH PBDBR DATES 10/10/23, 10/17/23, 10/24/23 & 10/31/23 MANDATORY DATE 11/10/23 ** 10-20 CPY PROVIDE FOR MAILING ** – attached hereto as Exhibit Q

(r) 11/08/2023 MOTION FOR EXTENSION OF TIME - attached hereto as Exhibit R

(s) 11/09/2023 AGREED ORDER HARPER DTD 11/9/23: DFT'S MOTION FOR EXTENSION OF TIME TO RESPOND GRANTED DFT SHALL HAVE 20 DAYS TO FILE A RESPONSE TO THE PLT'S COMPLAINT – attached hereto as Exhibit S

(t) 12/08/2023 MOTION TO DISMISS PLT'S COMPLAINT F/B DFT – attached hereto as Exhibit T

(u) 12/14/2023 ORDER B. HARPER DTD 12/14/23: DFT'S MOT TO DISMISS - DENIED. – attached hereto as Exhibit U

Respectfully submitted, this 17th day of December 2023.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
FL Bar No. 102605
Attorney for Plaintiff
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law


/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com

## CERTIFICATE OF SERVICE

I, Ayelet Faerman & Keith Mathews, do declare as follows:

I certify that a copy of the foregoing NOTICE OF REMOVAL was served upon all parties, in accordance with applicable service of process guidelines.

Executed on this 17th day of December 2023.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.

/s/ Keith Mathews
Keith Mathews