**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

EQUESTRIAN PALMS, LLC,

      Plaintiff,

v.

JEFFREY ISAACS, individually,

      Defendant.

_____/

CASE NO.: 50-2023-CA-010133
General Jurisdiction Division

**NOTICE OF LIS PENDENS**

**NOTICE IS GIVEN** that a suit for breach of contract and specific performance on real property was instituted in the Circuit Court of Palm Beach County, Florida on May 9, 2023, by Plaintiff, Equestrian Palms, LLC.

1. The property involved is the following described real property located in Palm Beach County, Florida.

    Legal Description:
    LOT 106, HOMELAND, according to the plat thereof, as recorded in Plat Book 33, at Page 11, of the Public Records of Palm Beach County, Florida

    Street Address: 11482 Key Deer Circle, Lake Worth, Florida 33449.
    Folio No.: 00-41-44-35-01-000-1060

2. The relief sought in and by this suit is specific performance for the sale of the above-described real property and for other and further relief as set forth in the Complaint.

Dated this 22nd day of June, 2023.

                PETERSON, BALDOR & MARANGES, PLLC
                *Attorneys for Plaintiff*
                8000 S.W. 117th Avenue, Suite 206
                Miami, Florida 33183
                Telephone: (305) 270-3773 / Facsimile: (305) 275-7410

                By:   Jose I. Baldor, Esq.
                       Jose I. Baldor, Esq.
                       Florida Bar No.: 657630
                       jose@pbmlegal.net
                       lourdes@pbmlegal.net
                       elizabeth@pbmlegal.net
                       Michael P. Peterson, Esq.
                       Florida Bar No. 982040
                       michael@pbmlegal.net