IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AI"
CASE NO.: 50-2023-CA-010133-XXXX-MB

EQUESTRIAN PALMS LLC,
    Plaintiff/Petitioner

vs.

JEFFREY ISAACS,
    Defendant/Respondent.
_____/

## ORDER DIRECTING PLAINTIFF TO EFFECT SERVICE UPON DEFENDANT(S)
### (ODS)

**NOTE:** Although this Order was entered by the Administrative Judge for the Circuit Civil Divisions, the parties should continue presenting all motions, proposed orders or questions relating to this matter to the Judge presiding over the division to which the case remains assigned.

    **THIS CAUSE** came before the Court upon a *sua sponte* review of the court file. Pursuant to Administrative Order 3.107, case review for Lack of Service will take place after Ninety (90) days. Ninety (90) days has elapsed since the filing of the complaint, the Defendant(s) has not been served with process. Plaintiff is placed on notice that it must complete service required by Florida Rule of Civil Procedure 1.070(j).

    **IT IS HEREBY ORDERED AND ADJUDGED** that

1. Pursuant to Florida Rule of Civil Procedure 1.070(j), the Plaintiff is directed to serve process on Defendant(s) within one hundred and twenty (120) days from the date of filing of the Complaint.

2. If Plaintiff is unable to serve by the one hundred and twenty (120) day deadline, Plaintiff may file a motion showing good cause or excusable neglect why the Defendant(s) has not yet been served with process. The motion must contain specific detail showing good cause or excusable neglect for the failure and what steps are being undertaken to serve. No extensions will be granted unless a timely motion is filed which lays out the required detail. In the event that Plaintiff elects to file a motion for good cause or excusable neglect, the Plaintiff <u>must set the same motion for hearing</u> pursuant to divisional instructions on the Uniform Motion Calendar and must occur no later than thirty (30) days from the date of this Order.

    Failure to obtain an Order Granting Extension of Time or serve process on all Defendant(s) in the time frames set forth above will result in an Order of Dismissal of the

*** FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 08/21/2023 11:56:21 AM ***

case against the unserved Defendant(s).

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

### ADMINISTRATIVE JUDGE FOR DIVISIONAL JUDGE

50-2023-CA-010133-XXXX-MB    08/21/2023
James Nutt
Circuit Judge

**COPIES TO:**

| | | |
|---|---|---|
| PETERSON, BALDOR & MARANGES, PLLC | JOSE I BALDOR, ESQ.<br>8000 S.W. 117th Avenue, Suite 206<br>Miami, Florida 33183 | jose@pbmlegal.net<br>elizabeth@pbmlegal.net<br>lourdes@pbmlegal.net |

NOT A CERTIFIED COPY

Page **2** of **2**