UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DR. JEFF ISAACS, on behalf of himself and all
others similarly situated,

      Plaintiff,

vs.

Case No. 9:23-cv-81393-RLR

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON),
EQUESTRIAN PALMS, LLC,

      Defendants.
_____/

**DEFENDANTS, KELLER WILLIAMS, INC AND MAKAI SOUTHEAST LLC'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (D.E. 58)**

    Defendants, KELLER WILLIAMS REALTY, INC., ("Keller Williams") and Makai Southeast LLC ("Makai," collectively with Keller Williams, the "Defendants") pursuant to Fed. R. Pro. 6(b)(1) hereby move for an extension of time to file a Reply to Plaintiff's Consolidated Opposition to Defendant's Motion to Dismiss (D.E. 58) and states as follows:

    1.    When Plaintiff sough an extension of time to respond to the Defendants' Motions to Dismiss due to the holidays, counsel for the Defendants agreed upon the condition that the Defendants be able to receive an extension of time through an including January 16, 2024 to file their Reply.

    2.    No objection was raised by Plaintiff's counsel and Plaintiff's counsel seeking an extension of time noted the Defendants' counsels' request. (D.E. 50).

    3.    Counsel for Keller Williams needs additional time to file its Reply as Keller Williams' lead counsel is presently out of the country.

    4.    Counsel for Makai is also in need of additional time to file a Reply.

5. The Defendants' Reply is currently due January 9, 2024.

6. The extension sought by the Defendants is brief and will not impact any other deadlines in the case.

### Certification of Conferral Pursuant to L.R. 7.1(a)(3)

The undersigned counsel conferred with counsel for the Plaintiff and Plaintiff's counsel, despite previously appearing to have no objection to the relief sough, now states the Plaintiff has an objection to the relief sought herein.

WHEREFORE, Defendants KELLER WILLIAMS REALTY, INC. and MAKAI SOUTHEAST LLC respectfully request the entry of an Order granting it through and including January 16, 2024 to file its Reply to Plaintiff's Consolidated Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Siobhan E.P. Grant*
**SIOBHAN E. P. GRANT**
Florida Bar No. 68892
sgrant@hinshawlaw.com
Secondary: lleon@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 / Fax: 305-577-1063
*Attorneys for Keller Williams Realty, Inc*

**TODD P. STELTER**
*Admitted Pro Hac Vice*
tstelter@hinshawlaw.com
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3000 / Fax: 312-704-3001

*/s/ Eric L. McAliley*
**ERIC L. MCALILEY**
Florida Bar No.: 174343
Email: elm@lydecker.com
ILANA MOSKOWITZ
Florida Bar No.: 126094
Email: ijm@lydecker.com
*Attorneys for Makai Southeast*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Siobhan E.P. Grant*
Siobhan E.P. Grant
Florida Bar No. 68892
sgrant@hinshawlaw.com

1068566\315740859.v2