# EXHIBIT C

Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law

Keith Mathews
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
603-622-8100
keith@awplegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.,<br>MAKAI SOUTHEAST, LLC (d/b/a<br>KELLER WILLIAMS REALTY WELLINGTON),<br>EQUESTRIAN PALMS, LLC,<br><br>Defendants. | Case No. 23-cv-81393-RLR<br><br><br>**REQUEST FOR PRODUCTION<br>OF DOCUMENTS BY DEFENDANT<br>KELLER WILLIAMS REALTY, INC.** |

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Initial Disclosures: Any and all initial disclosures made by Defendants in accordance with Federal Rule of Civil Procedure 26(a)(1). All underlying documents pertaining to these disclosures, including but not limited to proof, evidence, ESI, information, documents or other tangible items subject to initial disclosure.

2. Outlines, abstracts, indices, organization charts, and all other documents sufficient to describe all ESI under KWRI's custody or control that is reasonably likely to support or refute the claims in this case.

3. *DeShay* TCPA Class Action Discovery Materials: All discovery materials, including but not limited to, depositions, interrogatory responses, documents produced, and admissions related to the *DeShay* TCPA class action lawsuit against Keller Williams Realty, Inc.

4. Missouri Sherman Case (*Sitzer v. National Association of Realtors*) Discovery Materials: All discovery materials, including but not limited to, depositions, interrogatory responses, documents produced, and admissions related to the *Sitzer v. National Association of Realtors*, 420 F. Supp. 3d 903 (W.D. Mo. 2019) case involving Keller Williams Realty, Inc.

5. All documents sufficient to describe KWRI's operations model and relationship with local agencies (franchises and/or subsidiaries) and agents. All legal pleadings since 2018 in which KWRI's relationship with agents and franchises and subsidiaries has been materially relevant, including but not limited to defenses against vicarious liability, *respondeat superior*, agency control, and likewise. See https://www.researchgate.net/publication/228147670_Keller_Williams_Realty_A for

information on KWRI franchise model. This request should provide all relevant, up-to-date documentation regarding governance and control of local agents, their reimbursement (referral bonus), their annual fees paid to KWRI, and other items discussed in the Stanford case study.

6. Communications Regarding *DeShay* TCPA and *Missouri* Sherman Cases: Any internal or external communications, memos, emails, or correspondence related to the *DeShay* TCPA class action and the *Sitzer v. National Association of Realtors* case, including communications discussing strategy, settlements, judgments, or the impact of these cases on Keller Williams Realty, Inc.'s policies and practices. Included but not limited to documents on the applicability of these rulings to nationwide markets including BeachesMLS.

7. Settlement Agreements and Judgments: Copies of any settlement agreements, final judgments, or court orders in the *DeShay* TCPA class action and the *Sitzer v. National Association of Realtors* case.

8. Compliance Policies Post-*DeShay* and *Sitzer*: Any revised compliance policies, training materials, or internal guidelines adopted by Keller Williams Realty, Inc. following the settlements or judgments in the *DeShay* TCPA class action and the *Sitzer v. National Association of Realtors* case.

9. All Communication Records: Any and all text messages, emails, and documented phone calls between Keller Williams Realty, Inc., its agents, subsidiaries, or affiliates, and the Plaintiff, Dr. Jeff Isaacs, from January 1, 2022, to the present.

10. Marketing Campaign Data: Documents relating to any marketing campaigns targeting Florida homeowners, including but not limited to those involving cold calls or text message

solicitations, from January 1, 2019, to the present. Any records between KWRI or its agents, and individuals nationwide solicited via cold-call or text since 2018.

11. Training and Policy Materials: Any training materials, policy documents, or internal memos concerning telemarketing practices, cold-calling strategies, and compliance with TCPA regulations.

12. Zillow and MLS Listings: Documents detailing the relationship and agreements between Keller Williams Realty and platforms like Zillow and MLS, particularly concerning policies for FSBO (For Sale By Owner) listings, co-mingling, and their visibility on these platforms.

13. All documents or correspondence concerning the development of, or partnership with, efficient online marketplaces. This production shall include low-fee (i.e. 1-3%) startup marketplaces, joint ventures, or KW Labs projects contemplated, researched, or otherwise analyzed by KWRI. Any internal financial projections on the profit or loss such projects would attribute to KWRI.

14. Previous Legal Actions Records: Any documents, including settlements, court orders, or internal analyses, relating to previous legal actions against Keller Williams Realty involving Sherman Act and TCPA violations.

15. Complaints and Internal Investigations: Records of any complaints received and subsequent internal investigations regarding telemarketing practices, violation of TCPA, and Sherman Act from January 1, 2019, to the present.

16. Real Estate Commission Structures: Documents related to commission structures for real estate transactions in Florida, including any recommended or mandated commission rates for buyer and seller brokers.

17. Financial Records: Financial statements or records showing revenue KWRI generated from commissions on property sales nationwide from January 1, 2019, to the present. Documents showing all other major sources of revenue, including agent membership fees and local control branch franchise fees. Profit sharing and cross-revenue fees between any of these entities.

Respectfully submitted, this 11th day of December 2023.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law


/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff

*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com


*(This section was intentionally left blank – Certificate of Service to follow)*

## CERTIFICATE OF SERVICE

I, Ayelet Faerman & Keith Mathews, do declare as follows:

I certify that a copy of the foregoing REQUEST FOR PRODUCTION OF DOCUMENTS was served upon all parties, in accordance with applicable service of process guidelines.

Executed on this 11th day of December 2023.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.

/s/ Keith Mathews
Keith Mathews