UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DR JEFF ISAACS
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

Keller Williams Realty Inc. et al,

    Defendant.

CASE NO. 9:23-cv-81393-RLR

**NOTICE OF NON-COMPLIANCE**

PLEASE TAKE NOTICE OF THIS NOTICE OF NON-COMPLIANCE WITH DISCOVERY filed on behalf of the Plaintiff, DR JEFF ISAACS, through its undersigned counsel and states as follows:

1. On December 11, 2023 Plaintiff served Defendant, Makai Southeast LLC, ("Makai") with a request for Admissions.
2. On January 9, 2024 Defendants filed a Motion to Stay (DOC 61) the discovery proceeding on their very own legal dispute *they brought to court* six months ago.
3. On January 10, 2024, Makai produced a Response to Request for Admissions that failed to admit or deny any of the requests for Admissions. (Attached hereto as Exhibit A).
4. On December 11, 2023 Plaintiff served Defendant, Defendant Keller Williams Realty, Inc. ("KWRI") with a request for production of documents. (Attached hereto as Exhibit B).
5. On January 10, 2024, , similarly failed to produce documents for an RFP that contained a routine request to transfer discovery files from related *Deshay* and *Sitzer* litigation, as well as all documents supporting their initial disclosures.
6. To date no ruling on the Motion to Stay has been determined. As such there is no Stay in place upon which Defendants can rely.

7. Defendants' conduct is similar to their conduct at the Rule 26 conference, in which they taunted Plaintiff that there would "never be any discovery."

8. As Plaintiff has not received a proper response to Makai's Request for Admissions by midnight January 10, 2024 and as such is deeming all Requests for Admissions Admitted pursuant to Rule 26.

9. Plaintiff deems their failure to reply to RFP as contempt, and reserves the right to file such a motion in conjunction with any objection to Motion for Stay and/or Motion for Sanctions.

10. Defendants lack of regard for proper discovery procedure and difficulty throughout this process is part of the underlying harassment plaintiff has continuously had to endure by Defendants.

Respectfully submitted,

/s/Ayelet Faerman
AYELET FAERMAN, ESQ.
FBN: 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Tel: (954) 271-8484
F ax: (954) 271-8474
ayelet@faerman.law

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th day of January 11, 2024 a true and correct copy of the foregoing was electronically filed in the US District Court, Southern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Ayelet Faerman
AYELET FAERMAN, ESQ.
FBN: 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Tel: (954) 271-8484
F ax: (954) 271-8474
ayelet@faerman.law

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com