# Exhibit "1"

# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
# IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2023-CA-010133

EQUESTRIAN PALMS, LLC,

    Plaintiff,

v.

JEFFREY ISAACS

    Defendant.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR THE DEFENDANT, JEFFREY ISAACS, AND DESIGNATION OF E-MAIL ADDRESSES

PLEASE TAKE NOTICE that DONALD J. THOMAS, ESQ. and GEORGIA T. GARNECKI, ESQ., and the Law Firm of CBR LAW GROUP, LLLP, file this Notice of Appearance as Counsel of record for the Defendant, JEFFREY ISAACS, and requests all copies of all filings in the case be served on the undersigned counsel. Additionally, the undersigned counsel for the Defendant hereby gives notice of compliance with Florida Rule of Judicial Procedure 2.516(b)(1) and designates the following e-mail addresses for the service of legal filings:

don@cbrlawgroup.com<br>
georgia@cbrlawgroup.com<br>
paralegal@cbrlawgroup.com

*(Remainder of page intentionally left blank, Certificate of Service to follow)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Florida Court's E-Filing Portal's e-service system on this **8th** day of November, 2023.

By: /s/*Donald J. Thomas*
Donald J. Thomas, Esq.
Florida Bar No. 834599
Georgia T. Garnecki, Esq.
Florida Bar No. 0068807

CBR Law Group, LLLP
Fifth Avenue Place
55 N.E. 5th Avenue, Suite 503
Boca Raton, FL 33432
Telephone: 561.609.1515
Facsimile: 561.368.0293
don@cbrlawgroup.com
georgia@cbrlawgroup.com
paralegal@cbrlawgroup.com