UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DR. JEFF ISAACS, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON),
EQUESTRIAN PALMS, LLC,

    Defendants.
    _____/

Case No. 9:23-cv-81393-RLR

## REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY

Defendant, Keller Williams Realty, Inc. ("KWRI"), through their undersigned counsel, replies in support of the motion to stay discovery, DE70, stating:

1. Plaintiff filed a response to the motion to stay on January 22, 2024. DE70 at 8. Plaintiff's response indicates "the parties have reached a tentative agreement to stay discovery …" and references a stipulation. *Id*. KWRI denies that these statements are true. No agreement nor stipulation has been reached or even substantively discussed. However, plaintiff's response does appear to indicate that plaintiff does not oppose the relief requested in the motion to stay. Therefore, the motion to stay should be granted as unopposed.

2. The stay is required for the reasons indicated in the motion. DE70.

3. Additionally, the stay is required because plaintiff's inappropriate use of discovery in this case has only continued since the motion was filed. Additional litigation has now been spawned in the Northern District of California under the same case caption, *Isaacs v. Keller Williams Realty, Inc. et al.*, Case No.: 24-80009 (S.D. Cal.), from a motion to quash that non-

parties Google and Alphabet were forced to file. *See* Exhibit A attached. The pro se plaintiff Isaacs responded to this filing by, among other things, threatening the filing attorney with a "hunger strike" in response. *See* Exhibit B attached. The Northern District of California has since transferred the new matter back to this Court on January 19, 2024 by transfer order. *See* Exhibit C attached.

4. This further demonstrates that, if a stay is not issued, the parties and this Court will continue to waste resources dealing with plaintiff's submissions and threats. Plaintiff's continued misuse of this case and the federal court system calls out for this Court to intervene and order it come to a stop.

## **CONCLUSION**

For the above reasons, KWRI respectfully requests that this Honorable Court grant the motion to stay discovery and/or grant any other relief that is just and proper.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

*/s/ Siobhan E.P. Grant*
**SIOBHAN E. P. GRANT**
Florida Bar No. 68892
sgrant@hinshawlaw.com
Secondary: lleon@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 / Fax: 305-577-1063
*Attorney for Keller Williams Realty, Inc*

*/s/ Todd P. Stelter*
**TODD P. STELTER**
*Admitted pro hac vice*
tstelter@hinshawlaw.com
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3000 / Fax: 312-704-3001
*Attorney for Keller Williams Realty, Inc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Siobhan E.P. Grant*
Siobhan E.P. Grant
Florida Bar No. 68892
sgrant@hinshawlaw.com