UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 23-CV-81393-RLR, 24-MC-80086-RLR

DR. JEFF ISAACS,

  Plaintiff,

vs.

KELLER WILLIAMS REALTY,
INC., et al.,

  Defendants.
_____/

### ORDER CLOSING CASE

This cause is before the Court on a *sua sponte* review of both of the above-referenced cases. The Clerk of the Court shall **CLOSE** case 24-MC-80086 as duplicative with case 23-CV-81393. Non-parties Google LLC and Alphabet Inc, who filed a motion to quash in case 24-MC-80086, shall refile that motion, together with all exhibits, in case 23-CV-81393. All future filings by Google LLC and Alphabet Inc. shall be in case 23-CV-81393.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of Febraury, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record