# Exhibit G



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126

O: 415.947.2000
F: 866.974.7329

December 21, 2023

**Via Overnight Mail**

Keith Mathews
1000 Elm Street, Suite 800
Manchester NH 03105
(603) 622-8100
keith@awplegal.com

      Re:    ***Dr. Jeff Isaacs v. Keller Williams Realty, Inc. et al.***
             U.S. Dist. Ct. for the Southern District of Florida, Case No. 23-cv-81393

Dear Mr. Mathews:

    Google LLC ("Google") has received your subpoena for documents dated December 7, 2023 (the "Subpoena") in the above-referenced matter. The Subpoena does not describe any documents or information for production ***at all***. That is improper. Because Google is unable to discern the scope of the Subpoena, Google is unable to respond to the Subpoena as currently presented. In any event, the Subpoena is invalid and unenforceable, including because it fails to identify the court from which it issued. *See* Fed. R. Civ. P. 45(a)(1)(A)(ii).

    Accordingly, Google will not produce documents in response to the Subpoena and may seek a protective order in the Northern District of California if your demands for information and procedural irregularities persist.

                               Very truly yours,

                               WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation

                               *s/Andrew T. Kramer*

                               Andrew T. Kramer