# Exhibit R

| | |
|---|---|
| **From:** | Jeffrey <░░░░░░░@gmail.com> |
| **Sent:** | Monday, January 8, 2024 8:25 PM |
| **To:** | Kramer, Andrew |
| **Cc:** | Keith Mathews |
| **Subject:** | Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court |

EXT - safecaller.com@gmail.com

Correction - 'My home' above, obviously

I will be documenting all of this on OKcaller.com, for the world to see the despicable conduct your firm and client are subjecting me to.

We will also be asking this Court to refer the matter to law enforcement.

On Mon, Jan 8, 2024 at 11:20 PM Jeffrey <░░░░░░░@gmail.com> wrote:
Andrew,
I demand to know whether or not your firm is assisting Keller Willaims in their attempts to force me out of their home, and defend their statements that ridiculed my disability?
This pleading seems nothing like their previous filings , in logic or style. Previous pleadings couldn't distinguish between national origin and presidential eligibility.
I will have no choice but to begin livestreaming and publishing a blog documenting all the legal abuse and witness harassment I am being subjected to by your firm, Apple, and now , KW.

Please inform your client and your firm that all communications will now be posted to my public civil rights blog.

On Mon, Jan 8, 2024 at 6:47 PM Kramer, Andrew <akramer@wsgr.com> wrote:

> Keith,
>
> Last Thursday, your client indicated that the subpoenas would be served late last week. Google's objections would be due 14 days after service. We will provide timely objections and will endeavor to do so as soon as is practicable. But it likely will not be before 4pm ET tomorrow.
>
> Andrew
>
> **From:** Keith Mathews <Keith@awplegal.com>
> **Sent:** Monday, January 8, 2024 5:20 AM

**To:** Jeffrey <​@gmail.com>; Kramer, Andrew <akramer@wsgr.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

EXT - keith@awplegal.com

Andrew,

I have not heard from you on the Deposition Subpoenas for Alphabet and Google. Please send me your any objections for the two most recent subpoenas that we served upon your client, no later than Monday afternoon so I can review them for Tuesday's Meet & Confer.

Thanks,

Keith

Get Outlook for iOS

**From:** Jeffrey <​@gmail.com>
**Sent:** Friday, January 5, 2024 11:11:51 PM
**To:** Kramer, Andrew <akramer@wsgr.com>
**Cc:** Keith Mathews <Keith@awplegal.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

Andrew,

We will accept the 4pm time on Tuesday. Your position is quite clear, which would warrant us filing for contempt if Tuesday's meeting doesn't resolve the issue. I'm attaching the first of several news articles about this matter to this email. We'll be filing an emergency application with Justice Kagan about the NInth Circuit refusal to investigate our concerns of obstruction of justice. It is truly too bad Google refuses to actually discuss the merits of this case, and is hiding behind a junior associate's false letters supposing witness fees haven't been paid, etc etc. If your supervisor wishes to remain anonymous, so be it, but this conduct must stop and Google must comply with the *four* valid subpoenas.

Jeffrey

On Fri, Jan 5, 2024 at 9:13 PM Kramer, Andrew <akramer@wsgr.com> wrote:

Keith,

Thank you for your note. But threatening contempt and demanding to talk to someone other than me is not productive. I am happy to hear you out again as to why you think these subpoenas are necessary in this case, but I think we have made our position clear. If you'd still like to have a professional discussion about the subpoenas, I can be available next Tuesday at 4pm ET.

Andrew

**From:** Keith Mathews <Keith@awplegal.com>
**Sent:** Friday, January 5, 2024 2:51 PM
**To:** Jeffrey <​​​​​​​​​​@gmail.com>
**Cc:** Kramer, Andrew <akramer@wsgr.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

EXT - keith@awplegal.com

Andrew,

I agree with Jeff's assessment please provide the contact information for your supervisor so we can get to the bottom of this.

Keith

Get Outlook for iOS

3

**From:** Jeffrey <███████@gmail.com>
**Sent:** Friday, January 5, 2024 5:48:55 PM
**To:** Keith Mathews <Keith@awplegal.com>
**Cc:** Kramer, Andrew <akramer@wsgr.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

Andrew,

We anticipate to move for the Court to hold your client in contempt for failing to comply with a valid subpoena, absent your immediate reply to Meet & Confer. It is my understanding you terminated the Meet & Confer earlier this week, before Atty Mathews had completed his counter-objections to your objection.

Moreover, we understand your letter to contain false information, such as claiming witness fees haven't been paid, when my understanding is they have been paid in quadruple. This is unacceptable litigation conduct.

Moreover, your most recent objections falsely assert that we contacted your client (by service of the subpoena). You have explicitly refused to accept service of the subpoenas, part of the reason you terminated the call prematurely this week. You have generally been unresponsive to our communications for weeks at a time. We need your senior partner to be involved at this point.

You have objected to template variations (ie Hearing/Trian), when the unambiguous content of the subpoenas state they are for a deposition. Your trivial, boilerplate objections are intended to subvert justice. This is particularly egregious when the underlying conduct at issue is alleged obstruction of justice.

Can you please provide the name and contact information of your supervising partner(s)?

On Fri, Jan 5, 2024 at 2:19 PM Keith Mathews <Keith@awplegal.com> wrote:

> Andrew,
>
> I am writing to schedule a follow up meet and confer on the four outstanding subpoenas. We would like to arrange for remote video conference and confidentiality agreement as you requested. The deposition is scheduled 14 days from Monday.

Thanks,

Keith

**From:** Kramer, Andrew <akramer@wsgr.com>
**Sent:** Friday, December 29, 2023 3:11 PM
**To:** Keith Mathews <Keith@awplegal.com>; Jeffrey <​@gmail.com>
**Subject:** RE: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

You don't often get email from akramer@wsgr.com. Learn why this is important

Keith,

I hope you had a good holiday. With regard to your earlier message, my client advised me that it had not received a witness fee, but I will ask them to check again. Regardless, the subpoenas are improper and unenforceable for the additional, independent reasons Google detailed in its December 21 responses. If you would like to discuss the subpoenas and Google's responses further, I can be available on Wednesday (1/3) at 10am PT.

Andrew

**From:** Keith Mathews <Keith@awplegal.com>
**Sent:** Friday, December 29, 2023 8:06 AM
**To:** Kramer, Andrew <akramer@wsgr.com>; Jeffrey <​@gmail.com>
**Subject:** RE: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

EXT - keith@awplegal.com

Andrew,

5

I just left a message with your office. This is an issue that can not be ignored. We need to discuss your client's response to the subpoena urgently. My client is willing to be flexible about the timing of compliance given the holiday but these subpoena's were properly requested and served and response is required.

Please let me know asap your availability for a call to discuss further.

Thanks,

Keith

**From:** Keith Mathews <Keith@awplegal.com>
**Sent:** Thursday, December 28, 2023 6:08 PM
**To:** Kramer, Andrew <akramer@wsgr.com>; Jeffrey <​@gmail.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

Andrew,

I received your letter today. For you to send that letter with no due diligence with regards to how your client's actions affected my client's health is unacceptable. That being said we are willing to work with you to reduce the burden and cost of the subpoena. I propose a telephone call for a meet and confer, please indicate your availability.

I have confirmed with my process server that a witness fee was paid you would be in contempt if you fail to respond to the subpoena.

Thanks,

Keith

**From:** Keith Mathews <Keith@awplegal.com>
**Sent:** Tuesday, December 5, 2023 4:22:09 PM

6

**To:** Kramer, Andrew <akramer@wsgr.com>; Jeffrey <███████@gmail.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

Dear Mr. Kramer,

I am writing in regard to our Ninth Circuit law enforcement referral filed last week, and to follow up on my client's recent letter seeking clarification about Google's intentions concerning the reinstatement of OKCaller. Over the past year, we have made numerous requests for Google to investigate and preserve all evidence related to the removal of OKCaller from Reverse Phone Search. Despite these repeated efforts, we have yet to receive a satisfactory response or assurance from Google regarding these matters.

A recent report from The Verge (dated December 1, 2023) suggests that Google may have significant challenges in retaining evidence. This raises serious concerns about their compliance with legal standards for evidence preservation, particularly in relation to our case. Given this context, we urgently require answers to the following questions: Has Google preserved all relevant evidence regarding the termination of OKCaller? Does the auto-delete issue affect any of the evidence pertinent to our case? Has there been any investigation by Google into the matter referred to the Ninth Circuit? Considering it has been a year with no corrective action from Google, should OKCaller anticipate reinstatement in search results, or conclude its termination as final?

Google's persistent refusal to address these queries compels us to consider further legal action. Unless we receive a comprehensive and prompt response, we are prepared to initiate a civil class action in the Florida Southern District Court by the end of this year. Please inform us whether you or another representative will be willing to accept service of these proceedings. Your immediate attention and a prompt response to this letter are crucial for determining our next steps. Thank you for your time and consideration.

Sincerely,

Keith

**From:** Kramer, Andrew <akramer@wsgr.com>
**Sent:** Thursday, November 16, 2023 10:22 PM
**To:** Jeffrey <███████@gmail.com>; Keith Mathews <Keith@awplegal.com>
**Subject:** RE: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

Keith and Jeff,

If you believe there is more to say on this matter, you are welcome to put it in writing, but we do not believe a call is appropriate at this point.

Andrew

**From:** Jeffrey <███████@gmail.com>
**Sent:** Thursday, November 16, 2023 1:54 PM
**To:** Keith Mathews <Keith@awplegal.com>
**Cc:** Kramer, Andrew <akramer@wsgr.com>
**Subject:** Re: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

EXT - ███████@gmail.com

Hello Andrew,

I was simply copying you for your records (if you didn't have it already) the first email I sent Google about this matter. Obviously Mr. Mathews has since written you about the Apple matter (which is referenced in the February email as an alternative possibility).

THanks

Jeff

On Thu, Nov 16, 2023 at 4:46 PM Keith Mathews <Keith@awplegal.com> wrote:

Andrew,

We simply copied you on an email sent last February, which was before I got involved in the section 1512 matter, I am not sure how the two are related. Except both are evidence that your client has refused since February to investigate or preserve evidence as requested. This is unacceptable.

It appears your firm is representing that Google and or Apple's conduct is "fantasy" without any basis in due diligence or investigation. This, of course, places your firm in a position of liability.

I remain open to discussions before referring this to the DOJ.

Regards,

Keith

**From:** Kramer, Andrew <akramer@wsgr.com>
**Sent:** Thursday, November 16, 2023 4:33 PM
**To:** Jeffrey <███████@gmail.com>
**Cc:** Keith Mathews <Keith@awplegal.com>
**Subject:** RE: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

Dr. Isaacs,

I am not available today. Further, in light of your email, which appears to threaten a baseless antitrust lawsuit against Google, we do not believe there is more to discuss on this matter.
Andrew

**From:** Jeffrey <███████@gmail.com>
**Sent:** Wednesday, November 15, 2023 8:21 PM
**To:** Kramer, Andrew <akramer@wsgr.com>; Keith@awplegal.com
**Subject:** Fwd: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court

EXT - ▇▇▇▇▇▇▇@gmail.com

Mr. Kramer,

Attached are materials for tomorrow's 4PM call.

Thanks

---------- Forwarded message ---------
From: <▇▇▇▇▇▇▇@gmail.com>
Date: Tue, Feb 14, 2023 at 1:59 AM
Subject: NOTICE of PROPOSED Antitrust Lawsuit - United States District Court
To: <▇▇▇▇▇▇▇@google.com>

Via Email and Fax: ▇▇▇▇▇▇▇

Dear Google:

OkCaller appreciated working with Google over nearly a decade, bringing free caller ID to over 300 million user sessions. Our phone safety directory is the most transparent of its kind, with its data source algorithms specified in U.S. Patent RE48,847. Google Adsense recognized us as a strategic partner back in 2015, and we have enjoyed numerous opportunities to collaborate with the AdSense team.

In light of Google's November 23, 2022 termination of search indexing for OKCaller, and having spent a decade working to ensure the availability of free Caller Name ID to the general public, we have little choice but to proceed with the attached Sherman Act process.

We are providing Google LLC and Alphabet an opportunity to review and comment on the proposed complaint for filing in the United States District Court. We again request your confirmation that our evidence preservation concerns have been addressed. Likewise, we await your Meet & Confer participation to arrange preliminary injunction evidentiary matters.

We hope OkCaller can be a Reverse Phone Search service listed on Google once again. This would seem preferable to litigation. In the interest of reducing burden on the courts, please consider this option during the proposed comment period. You may contact us up until filing with any suggested corrections. We will also consider prompt mediation with a stay on the underlying litigation.

Sincerely,
Jeffrey D. Isaacs, MD

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is

strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.