UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DR JEFF ISAACS
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

Keller Williams Realty Inc. et al,

    Defendant.

CASE NO. 9:23-cv-81393-RLR

## NOTICE OF FILING EXHIBIT

Comes now, the Plaintiff, on behalf of the undersigned counsel and files this NOTICE OF FILING EXHIBIT C referenced in Doc 93, "RESPONSE in Opposition re [85] MOTION to Quash Subpoena and Incorporated Memorandum of Law filed by Dr. Jeff Isaacs", pursuant to the Clerk's Notice in Doc. 94.

DATED this 28th day of February, 2024.

Respectfully submitted,

/s/Ayelet Faerman
AYELET FAERMAN, ESQ.
FBN: 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Tel: (954) 271-8484
F ax: (954) 271-8474
ayelet@faerman.law

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Deposition has been served on this 22nd day of February, 2024, to all parties of record, including Jorge Luis Font Verdugo, as Owner/Member of Equestrian Palms, LLC, via electronic mail as per the Federal Rules of Civil Procedure and Local Court Rules.

| | |
|---|---|
| /s/Ayelet Faerman<br>AYELET FAERMAN, ESQ.<br>FBN: 102605<br>Faerman Law, P.A.<br>3859 NW 124th Ave<br>Coral Springs, FL 33065<br>Tel: (954) 271-8484<br>F ax: (954) 271-8474<br>ayelet@faerman.law | /s/ Keith Mathews<br>Keith Mathews<br>Attorney for Plaintiff<br>*Pro Hac Vice*<br>NH Bar No. 20997<br>American Wealth Protection<br>Manchester, NH 03105<br>Ph. 603-622-8100<br>keith@awplegal.com |

2