UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge David S. Leibowitz**

| | | |
|---|---|---|
| Lanphere v. Autoscribe | (Plaintiff v. Defendant), Case No: | 23-cv-61660 |
| Wallace v. Equifax | (Plaintiff v. Defendant), Case No: | 23-cv-62147 |
| Capone v. Lobstar | (Plaintiff v. Defendant), Case No: | 23-cv-62402 |
| Jalieba v. Jalieba | (Plaintiff v. Defendant), Case No: | 24-cv-60057 |
| Janes v. United States | (Plaintiff v. Defendant), Case No: | 24-cv-60158 |
| Strike 3 v. Doe | (Plaintiff v. Defendant), Case No: | 24-cv-60172 |
| Reed v. Columbia | (Plaintiff v. Defendant), Case No: | 24-cv-60263 |
| Kim v. Axis | (Plaintiff v. Defendant), Case No: | 24-cv-60281 |
| Sealver v. Jetski | (Plaintiff v. Defendant), Case No: | 23-cv-81091 |
| Isaacs v. Keller | (Plaintiff v. Defendant), Case No: | 23-cv-81393 |
| Quevedo v. National | (Plaintiff v. Defendant), Case No: | 23-cv-81588 |
| Taneff v. PB Zoning | (Plaintiff v. Defendant), Case No: | 24-cv-80197 |
| _____ | (USA v. Defendant), Case No: | _____ |
| _____ | (USA v. Defendant), Case No: | _____ |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge David S. Leibowitz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the Honorable David S. Leibowitz as of _3/4/24_ for all further proceedings. It is

further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge David S. Leibowitz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge David S. Leibowitz.** It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **DSL** in lieu of the present initials.

DONE and ORDERED at *West Palm Beach*, Florida, in chambers this 4th day of *March*, 2024.

*/s/ Robin Rosenberg*
United States District Judge

c: All counsel of record/<u>pro se</u> parties