UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:23-CV-81393-LIEBOWITZ

DR. JEFF ISAACS, on behalf of himself and
others similarly situated,

    Plaintiffs,

v.

KELLER WILLIAMS REALTY, INC,
MAKAI SOUTHEAST, LLC, d/b/a
KELLER WILLIAMS REALTY
WELLINGTON, and EQUESTRIAN
PALMS, LLC

    Defendants.
_____/

## STIPULATION OF DISMISSAL OF EQUESTRIAN PALMS, LLC'S STATE COURT CLAIMS THAT ARE PRESENTLY BEFORE THIS COURT PURSUANT TO NOTICE OF REMOVAL

EQUESTRIAN PALMS, LLC ("Equestrian") and DR. JEFF ISAACS ("Isaacs"), by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the dismissal of the claims brought by Equestrian against Isaacs in the case style: *Equestrian Palms, LLC* v. *Jeffrey Isaacs,* Palm Beach County Circuit Court Case No. 50-2023-CA-010133 (the "State Court Action"), which was removed from the Palm Beach County Circuit Court (the "State Court") to this Federal Court by Isaacs on or about December 18, 2023 through Isaacs' filing of a Notice of Removal [ECF No. 56]. The Parties recognize that the District Court currently has exclusive jurisdiction over the State Court Action. *Georgia v. Rachel,* 384 U.S. 780, 797 n. 27, 86 S. Ct. 1783, 16 L. Ed. 2d 925 (1966) (finding that once a removal petition has been filed and proper notice given adverse parties and the state court, the district court has exclusive jurisdiction over the case). The Parties seek the entry of an Order Dismissing the State Court Action with Prejudice,

with each party to bear their own attorneys' fees and costs. This stipulation relates solely to Equestrian and specifically does not release Co-Defendants, KELLER WILLIAMS REALTY, INC. ("KW"), and MAKAI SOUTHEAST, LLC, d/b/a KELLER WILLIAMS REALTY WELLINGTON ("Makai") from any counter-claims to their State Court action, or any of the claims by Isaacs against KW and Makai that remain pending in this Court.

Equestrian and Isaacs further request this Court enter an Order denying Equestrian's Motion for Remand [ECF No. 65] as Moot.

Dated this 20th day of March, 2024.

**Respectfully submitted,**

**/s/ Ayelet Faerman, Esq.**

**Ayelet Faerman, Esq.**
FAERMAN LAW, P.A.
3859 NW 124th Avenue
Coral Springs, FL  33065
Telephone:  (954) 271-8484
Florida bar No. 102605
ayelet@faerman.law
*Counsel for Plaintiff*

**/s/ Keith Matthews, Esq.**

**Keith Matthews, Esq.**
AMERICAN WEALTH PROTECTION
Manchester NH 03105
Telephone: (603) 622-8100
Keith@awplegal.com
*Counsel for Plaintiff (Pro Hac Vice)*

**/s/ Jose Baldor, Esq.**

**PETERSON, BALDOR**
**& MARANGES, PLLC**
8000 SW 117th Ave, Suite 206
Miami, Florida 33183
Telephone:    (305) 270-3773
Florida Bar No. 657360
Jose@pbmlegal.net
Lourdes@pbmlegal.net
*Attorneys for Equestrian Palms, LLC*