Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law


American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
603-622-8100
keith@awplegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR JEFF ISAACS<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.,<br>MAKAI SOUTHEAST, LLC (d/b/a<br>KELLER WILLIAMS REALTY WELLINGTON),<br>EQUESTRIAN PALMS, LLC,<br><br>Defendants. | Case No. 23-cv-81393-DSL<br><br><br><br>**NOTICE OF CORRECTION** |

# NOTICE OF CORRECTION AND

# ALTERNATIVE REQUEST TO SUPPLEMENT THE RECORD

Respectfully submitted to the Honorable Judge Leibowitz presiding over the United States District Court for the Southern Florida District:

The Plaintiff, Dr. Jeff Isaacs, through undersigned counsel, hereby submits this Notice of Correction to the Court. This Notice aims to address and clarify an incorrect representation inadvertently made during the Status Conference held on Wednesday March 20, 2024.

In an effort to ensure the accuracy and integrity of the court's docket and in pursuit of fairness and judicial efficiency, the Plaintiff respectfully requests that the Court allow the entry of Exhibit A, the Declaration of Keith Allen Mathews, into the docket. The inclusion of this Declaration is intended to clarify the record and correct the misrepresentation referenced above.

**Alternative Request**

Should the Court find it more appropriate, the Plaintiff respectfully requests that this Notice be converted into a Motion to Supplement the Record. This Motion seeks the Court's permission to add the aforementioned Declaration to the record, a measure which is within the Court's inherent authority to ensure the maintenance of an accurate and fair docket. The Plaintiff asserts that such action is not only permissible but is also encouraged to uphold the principles of fairness and justice that guide this Honorable Court.

This request is made in good faith and in the interest of maintaining clarity and accuracy in the proceedings before this Court.

Respectfully submitted, this 22nd day of March 2024.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
Florida Bar No. 102605
954-271-8484
ayelet@faerman.law


/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff

*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com


**CERTIFICATION UNDER LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), in the event this Notice is treated as a Motion to Supplement The Record, Counsel for Plaintiff has discussed the underlying matter in detail with Opposing Counsel and no resolution has been possible

## CERTIFICATE OF SERVICE

I, Ayelet Faerman & Keith Mathews, do declare as follows:

I certify that a copy of the foregoing Notice of Correction was served upon all parties, in accordance with applicable service of process guidelines.

Executed on this 22nd day of March 2024.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.

/s/ Keith Mathews
Keith Mathews