# EXHIBIT A

| | |
|---|---|
| **From:** | Stelter, Todd P. |
| **To:** | Keith Mathews |
| **Cc:** | Eric L. McAliley; Jeffrey; Grant, Siobhan E. P.; Jose I. Baldor; Ayelet Faerman |
| **Subject:** | Re: FRE 408 - SETTLEMENT DISCUSSION |
| **Date:** | Wednesday, March 27, 2024 6:11:18 AM |
| **Attachments:** | image001.jpg |

KWRI agrees.
Thank you.

Todd P. Stelter
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3966
Fax: 312-701-3001
tstelter@hinshawlaw.com


On Mar 26, 2024, at 8:46 AM, Keith Mathews <Keith@awplegal.com> wrote:

**\*\*\*External email\*\*\***
This message came from outside your organization.

<!--[if !((ie)|(mso))]-->

**\*\*\*External email\*\*\***
This message came from outside your organization.

<!--[endif]-->
Eric,

That is also my understanding of a mutual walk away.

Thanks,
Keith

**From:** Eric L. McAliley <elm@lydecker.com>
**Sent:** Tuesday, March 26, 2024 9:19 AM
**To:** Jeffrey <jeffreydi@gmail.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Stelter, Todd P. <tstelter@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>; Keith Mathews <Keith@awplegal.com>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** RE: FRE 408 - SETTLEMENT DISCUSSION

Keith:

To be clear on this email below, as you know, generally a walk away is no monies paid and the suit is dismissed with prejudice. Conversely, the defendants don't seek to tax costs or seek attorneys' fees. Before I go to my client regarding the same, I need to understand is this what you are referring to?

|  |  |
|---|---|
| <image001.jpg><br><br>**NATIONAL LITIGATION LAW FIRM**<br><br>2300 Glades Road, Suite 340w, Boca Raton, FL 33431 | **Eric Mcaliley, Esq.**<br>**Partner**<br>Phone: (561) 655-6661<br>Fax:     (561) 655-6186<br>Email:  elm@lydecker.com<br>Website: www.lydecker.com |

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker LLP for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker LLP at (305) 416-3180, so that our address record can be corrected.

**From:** Jeffrey <jeffreydi@gmail.com>
**Sent:** Tuesday, March 26, 2024 2:21 AM
**To:** Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Stelter, Todd P. <tstelter@hinshawlaw.com>; Eric L. McAliley <elm@lydecker.com>; Jose I. Baldor <jose@pbmlegal.net>; Keith Mathews <Keith@awplegal.com>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** FRE 408 - SETTLEMENT DISCUSSION

KW/MAKAI COUNSEL:

As you are aware from last week's status conference, Equestrian seeks to enter into a settlement agreement where all parties "walk away" and terminate all lawsuits.

As Mr. Mathews' filed in ECF Friday, it appears the mutual desire of Equestrian and Plaintiff to "walk-away" is not possible without KW/Makai's participation in such an agreement.

Please advise (yes or no) whether KW/Makai would enter into a "Global Settlement" to terminate all claims and "walk away".

In the alternative, Please advise whether KW/Makai will stipulate as to allow Equestrian to "walk-away" and not seek damages on their behalf, including but not limited to commission.

Your answer by end-of-day is necessary so that we may provide timely updates to the Court and proceed with the litigation accordingly.

Dr Isaacs