# EXHIBIT B

| | |
|---|---|
| **From:** | Ayelet Faerman |
| **To:** | Stelter, Todd P.; Keith Mathews |
| **Cc:** | Eric L. McAliley; Grant, Siobhan E. P.; Jose I. Baldor |
| **Subject:** | Re: FRE 408 - SETTLEMENT DISCUSSION |
| **Date:** | Wednesday, April 17, 2024 5:16:28 PM |
| **Attachments:** | image005.jpg |
| | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |

**\*\*\*External email\*\*\***
This message came from outside your organization.

I have not been able to get in touch with my client and am hoping I will hear back in the next 24 hours. I apologize for the delay.

--
Faerman Law, P.A.
Ayelet Faerman, Esq. - Managing Attorney

3859 NW 124th Ave
Coral Springs, FL 33065

Phone: 954-271-8484
Fax: 954-271-8474
ayelet@faerman.law


On Tue, Apr 16, 2024, at 4:44 PM, Stelter, Todd P. wrote:

> Counsel,
>
> What is the status here?
> As we understand it, all defendants have agreed to the walk away settlement that you offered.
> Ms. Faerman confirmed last Tuesday that a draft agreement would be circulated as of last Friday.
> We are still waiting for that.
> The Court also needs to be advised that the case has settled.
> Please advise.
>
>
> P.  telter
> Partner
>  ins a     l erts n   P
> 151   orth Franklin Street, Suite 2500,   hicago, IL 60606
>
>     312- 04-3 66       312- 04-3001
> tstelter@hinshawlaw.com
>    y Bio   hinshawlaw.com
>
>  ll   s n



**From:** Stelter, Todd P. <tstelter@hinshawlaw.com>
**Sent:** Monday, April 15, 2024 10:10 AM
**To:** Ayelet Faerman <ayelet@faerman.law>; Keith Mathews <Keith@awplegal.com>
**Cc:** Eric L. McAliley <elm@lydecker.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>
**Subject:** RE: FRE 408 - SETTLEMENT DISCUSSION

Counsel,

What is the status of this draft agreement?
Thank you.

Todd P. Stelter
Partner
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606

312-704-3766    312-704-3001
tstelter@hinshawlaw.com
My Bio | hinshawlaw.com



Follow us on

---

**From:** Ayelet Faerman <ayelet@faerman.law>
**Sent:** Tuesday, April 09, 2024 3:12 PM
**To:** Stelter, Todd P. <tstelter@hinshawlaw.com>; Keith Mathews <Keith@awplegal.com>
**Cc:** Eric L. McAliley <elm@lydecker.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>
**Subject:** Re: FRE 408 - SETTLEMENT DISCUSSION

Yes we are preparing a draft and will have something to you by the end of the week at the latest.

--
Faerman Law, P.A.
Ayelet Faerman, Esq. - Managing Attorney

3859 NW 124th Ave
Coral Springs, FL 33065

Phone: 954-271-8484

Fax: 954-271-8474

ayelet@faerman.law

On Tue, Apr 9, 2024, at 4:10 PM, Stelter, Todd P. wrote:

Counsel,

Please advise per below.
You will be circulating a draft agreement to all parties and also a draft notice for the Court, correct?
Thank you.

P. telter
Partner
ins a  l erts n  P
151  orth Franklin Street, Suite 2500,  hicago, IL 60606

 312- 04-3 66   312- 04-3001
tstelter@hinshawlaw.com
  y Bio   hinshawlaw.com

ll   s n

**From:** Stelter, Todd P. <tstelter@hinshawlaw.com>
**Sent:** Monday, April 08, 2024 8:51 AM
**To:** Keith Mathews <Keith@awplegal.com>
**Cc:** Eric L. McAliley <elm@lydecker.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** RE: FRE 408 - SETTLEMENT DISCUSSION

Keith,

We assume you will circulate a draft agreement to all parties and also a draft notice for the Court?
Please advise.
Thank you.

P. telter
Partner
ins a  l erts n  P

151 orth Franklin Street, Suite 2500, hicago, IL 60606

312- 04-3 66     312- 04-3001

tstelter@hinshawlaw.com
y Bio   hinshawlaw.com

ll   s n

---

**From:** Eric L. McAliley <elm@lydecker.com>
**Sent:** Monday, April 08, 2024 8:28 AM
**To:** Keith Mathews <Keith@awplegal.com>; Jeffrey <jeffreydi@gmail.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Stelter, Todd P. <tstelter@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** RE: FRE 408 - SETTLEMENT DISCUSSION

Keith:

We will agree to a walk a way as well.  Sorry for the delay.  There were a few more issues on our end.



L  E   ER LLP
NATIONAL LITIGATION LAW FIRM
2300 Glades Road, Suite 340w, Boca Raton, FL 33431

**Eric Mcaliley, Esq.**
**Partner**
Phone: (561) 655-6661
Fax:    (561) 655-6186
Email:  elm@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker LLP for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker LLP at (305) 416-3180, so that our address record can be corrected.

---

**From:** Keith Mathews <Keith@awplegal.com>
**Sent:** Tuesday, March 26, 2024 9:46 AM
**To:** Eric L. McAliley <elm@lydecker.com>; Jeffrey <jeffreydi@gmail.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Stelter, Todd P. <tstelter@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** RE: FRE 408 - SETTLEMENT DISCUSSION

Eric,

That is also my understanding of a mutual walk away.

Thanks,
Keith

**From:** Eric L. McAliley <elm@lydecker.com>
**Sent:** Tuesday, March 26, 2024 9:19 AM
**To:** Jeffrey <jeffreydi@gmail.com>; Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Stelter, Todd P. <tstelter@hinshawlaw.com>; Jose I. Baldor <jose@pbmlegal.net>; Keith Mathews <Keith@awplegal.com>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** RE: FRE 408 - SETTLEMENT DISCUSSION

Keith:

To be clear on this email below, as you know, generally a walk away is no monies paid and the suit is dismissed with prejudice. Conversely, the defendants don't seek to tax costs or seek attorneys' fees. Before I go to my client regarding the same, I need to understand is this what you are referring to?



L    E    ER LLP

NATIONAL LITIGATION LAW FIRM

2300 Glades Road, Suite 340w, Boca Raton, FL 33431

**Eric Mcaliley, Esq.**
**Partner**
Phone: (561) 655-6661
Fax:    (561) 655-6186
Email:  elm@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker LLP for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker LLP at (305) 416-3180, so that our address record can be corrected.

**From:** Jeffrey <jeffreydi@gmail.com>
**Sent:** Tuesday, March 26, 2024 2:21 AM
**To:** Grant, Siobhan E. P. <SGrant@hinshawlaw.com>; Stelter, Todd P. <tstelter@hinshawlaw.com>; Eric L. McAliley <elm@lydecker.com>; Jose I. Baldor <jose@pbmlegal.net>; Keith Mathews <Keith@awplegal.com>; Ayelet Faerman <ayelet@faerman.law>
**Subject:** FRE 408 - SETTLEMENT DISCUSSION

KW/MAKAI COUNSEL:

As you are aware from last week's status conference, Equestrian seeks to enter into a settlement agreement where all parties "walk away" and terminate all lawsuits.

As Mr. Mathews' filed in ECF Friday, it appears the mutual desire of Equestrian and Plaintiff to "walk-away" is not possible without KW/Makai's participation in such an agreement.

Please advise (yes or no) whether KW/Makai would enter into a "Global Settlement" to terminate all claims and "walk away".

In the alternative, Please advise whether KW/Makai will stipulate as to allow Equestrian to "walk-away" and not seek damages on their behalf, including but not limited to commission.

Your answer by end-of-day is necessary so that we may provide timely updates to the Court and proceed with the litigation accordingly.

Dr Isaacs
Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.