# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:23-cv-81393-LEIBOWITZ/REINHART

**JEFF ISAACS**,

    *Plaintiff*,

*v.*

**KELLER WILLIAMS REALTY, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER

Plaintiff's responses to Defendants' Motion to Enforce Settlement Agreement [ECF No. 133] and Defendants' Motion to Stay [ECF No. 134] were due on July 1, 2024.  Plaintiff waited until July 1, 2024, at 10:38 p.m., to request an extension of time to respond to Defendants' Motion to Enforce Settlement Agreement [ECF No. 133].  This Court denied Plaintiff's Motion for Extension of Time [ECF No. 135] on July 2, 2024, for failure to show good cause for an extension and failure to confer with Defendants prior to filing the motion.  [ECF No. 137].

Plaintiff did not file his response in opposition to Defendants' Motion to Enforce Settlement Agreement and Defendants' Motion to Stay until July 5, 2024, despite this Court's order denying his motion for extension.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall show cause in writing **no later than July 12, 2024,** as to why the Court should not strike his response [ECF No. 138] as untimely.

**DONE AND ORDERED** in the Southern District of Florida on July 9, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record