UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81393-LEIBOWITZ/REINHART

DR. JEFF ISAACS,

    *Plaintiff,*

v.

KELLER WILLIAMS REALTY, INC., *et al.*,

    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Google LLC's Motion to Quash Subpoena [ECF No. 85] is DENIED AS MOOT in light of the Court's Order staying the case for thirty (30) days to allow the parties to finalize a settlement [ECF No. 146]. Google LLC can re-file the Motion if the parties do not reach a settlement.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion **ECF No. 85** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in the Southern District of Florida on July 23, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record