UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:23-cv-81393-LEIBOWITZ/REINHART

DR. JEFF ISAACS,

    *Plaintiff,*

v.

KELLER WILLIAMS REALTY, INC.,
*et al.*,

    *Defendants.*

_____/

**NOTICE SETTING STATUS CONFERENCE**

PLEASE TAKE NOTICE that a status conference is scheduled for **Monday, September 9, 2024, at 2:30 p.m.**  At the conference, the parties must be prepared to address the overall status and procedural history of the case, any pending motions, and scheduling matters.  For each party, at least one counsel of record must attend the conference <u>in person at the United States Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida 33301</u>.

**DONE AND ORDERED** in the Southern District of Florida on August 29, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record