UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:23-cv-81393-LEIBOWITZ/REINHART

**DR. JEFF ISAACS**,

    *Plaintiff,*

v.

**KELLER WILLIAMS REALTY, INC.,**
*et al.*,

    *Defendants.*

_____/

**ORDER**

The Court held a Status Conference on September 9, 2024, at which counsel for Plaintiff and Defendants appeared.  [*See* ECF No. 153].  The Court made a ruling at the conference, which is memorialized in this Order.  To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.  It is hereby ORDERED as follows:

1. Defendant KCK Development, L.L.C., is **STRICKEN** from the Second Amended Complaint [ECF No. 132] for the reasons stated on the record.

2. Discovery will remain **STAYED** pending further order.

3. Defendants Keller Williams Realty, Inc., and Makai Southeast, LLC, shall respond to the Second Amended Complaint **no later than September 13, 2024**.

4. Dr. Isaacs shall not directly communicate with opposing counsel.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record