UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-CV-81393-ROSENBERG/REINHART

JEFF ISAACS

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON), and
EQUESTRIAN PALMS, LLC,

    Defendants.
_____/

## DEFENDANT, MAKAI SOUTHEAST, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

# EXHIBIT "E"





**Jeffrey**

10 Aug 2022 7:05 p.m.

sorry can we do tomorrow at 630?

Ok perfect. Can you send me your email please.
Talk to you tomorrow, have a great night.

11 Aug 2022 7:43 p.m.

Hello Jeff, can you please send me your email.
Thanks

Nico Maruri

Please let me know when I could tour the property, I would like to get the property on the market ASAP, as the market is acting, the sooner we get it on MLS the better.
Thanks

Nico



**Jeffrey**

12 Aug 2022 1:42 p.m.

> Hi Jeff I am currently in the area finishing a meeting, could I access the house today anytime between 2:30- 3:30 or later between 5:00-6:15 pm.
> Thank

12 Aug 2022 9:41 p.m.

Hi Nico I am sorry I have a lot going on now . I will try to make some decisions next week

17 Aug 2022 1:15 p.m.

> Hi Jeff good afternoon, what time can I call you today ?
>
> Thanks
>
> Nico Maruri

25 Aug 2022 9:20 p.m.

Hi Nico, I've listed the house on Zillow but it would be great if you could take over the listing as I get 30 messages a day from other realtors asking to...



