UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  23-CV-81393-ROSENBERG/REINHART

JEFF ISAACS

      Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a KELLER
WILLIAMS REALTY WELLINGTON), and
EQUESTRIAN PALMS, LLC,

      Defendants.

_____/

## DEFENDANT, MAKAI SOUTHEAST, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

# EXHIBIT "G"

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

MAKAI SOUTHEAST, LLC d/b/a                    CASE NO. : 50-2023-CA-011575
KELLER WILLIAMS REALTY WELLINGTON,

     Plaintiff,

vs.

JEFFREY ISAACS,

     Defendant.

_____/

**ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**THIS CAUSE** having come before the Court upon Defendant's, JEFFREY ISAACS, Motion to Dismiss Plaintiff's Complaint; the Court having heard the argument of the attorneys, reviewed the court file, and being otherwise fully advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** as follows:

1.     Defendants' Motion to Dismiss is hereby **DENIED**. Answer and affirmative defenses within 10 days.

     **DONE and ORDERED** in Chambers, at Palm Beach County, Florida on 14th day of December 2023.

502023CA011575XXXXMB   12/14/2023
Bradley G. Harper   Circuit Judge

502023CA011575XXXXMB   12/14/2023
Bradley G. Harper
Circuit Judge

_____
Circuit Court Judge

Copies furnished to:
All counsel of record.

