UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DR JEFF ISAACS
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

Keller Williams Realty Inc. et al,

    Defendant.

CASE NO. 9:23-cv-81393-RLR

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MAKAI SOUTHEAST LLC'S MOTION TO DISMISS

Plaintiff, Dr. Jeff Isaacs, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Motion for Extension of Time to Respond to Defendant Keller Williams Realty, Inc.'s ("KWRI") Motion to Dismiss Amended Complaint, and in support thereof, states as follows:

1. Plaintiff filed a Second Amended Complaint ("SAC") on June 3, 2024. (DE 132)
2. Defense counsel filed a Joint Motion to Stay the SAC and a Joint Motion for an Extension of Time to Respond to the SAC on June 17, 2024 . (DE 133-134)
3. This honorable court granted the Motion for Extension of Time within the Omnibus Order (DE 146) and ordered Defendants to respond to the SAC no later than September 11, 2024.
4. This court subsequently had a Status Conference on September 9, 2024. (DE 153)
5. Following that Status Conference, this court extended the Defendant's deadline to September 13, 2024. (DE 154)
6. KWRI filed their Motion to Dismiss the SAC on September 13, 2024 (DE 155).
7. KWRI effectively had over 100 days to respond to the the SAC with their Motion to Dismiss.

8. Plaintiff is requesting an extension of 10 days to file their response to the Motion to Dismiss.
9. Plaintiff is seeking to have a response date of October 7, 2024. This would only be a 24 day timeline with which to respond to the Motion to Dismiss filed by KWRI.
10. In this case, good cause exists to substantiate the extension as it would only be equitable to provide counsels with sufficient time to draft an appropriate response.
11. Counsel for Plaintiff has attempted to Meet & Confer with Defense counsel via email and has not received a response after 24 hours regarding KWRI position to this motion.

WHEREFORE, Plaintiff respectfully requests that this court enter an order granting Plaintiff 10 additional days to respond and setting the response deadline at October 7, 2024.

## CERTIFICATION

Counsel for the movant has attempted to confer with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. However, plaintiff's counsel has not heard back from defense counsel on this matter.

DATED this 21st day of SEPTEMBER, 2024.

Respectfully submitted,

/s/Ayelet Faerman
AYELET FAERMAN, ESQ.
FBN: 102605
Faerman Law, P.A.
3859 NW 124th Ave
Coral Springs, FL 33065
Tel: (954) 271-8484
F ax: (954) 271-8474
ayelet@faerman.law

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
Ph. 603-622-8100
keith@awplegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on this 21st day of September 2024, to all parties of record via the CM/ECF filing system as per the Federal Rules of Civil Procedure and Local Court Rules.

| | |
|---|---|
| /s/Ayelet Faerman | /s/ Keith Mathews |
| AYELET FAERMAN, ESQ. | Keith Mathews |
| FBN: 102605 | Attorney for Plaintiff |
| Faerman Law, P.A. | *Pro Hac Vice* |
| 3859 NW 124th Ave | NH Bar No. 20997 |
| Coral Springs, FL 33065 | American Wealth Protection |
| Tel: (954) 271-8484 | Manchester, NH 03105 |
| Fax: (954) 271-8474 | Ph. 603-622-8100 |
| ayelet@faerman.law | keith@awplegal.com |