UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-81393-LEIBOWITZ/REINHART

**JEFF ISAACS**,

    *Plaintiff*,

v.

**KELLER WILLIAMS REALTY, INC.,** *et al.*,

    *Defendants.*

_____/

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendant Makai Southeast LLC's Motion to Dismiss [ECF No. 157] and Plaintiff's Motion for Extension of Time to Respond to Defendant Keller Williams Realty, Inc.'s Motion to Dismiss [ECF No. 158] (the "Motions"). Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motions [**ECF Nos. 157 & 158**] are **GRANTED**. Plaintiff shall respond to Defendant Makai Southeast LLC's Motion to Dismiss [ECF No. 155] and Defendant Keller Williams Realty, Inc.'s Motion to Dismiss [ECF No. 156] **no later than October 7, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on September 23, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record