```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                        (FORT LAUDERDALE)
                         CASE NO.  23-CV-81393
 3

 4   JEFFREY ISAACS,
             Plaintiff,                Fort Lauderdale, Florida
 5   vs.                               September 9, 2024

 6   KELLER WILLIAMS REALTY, INC.,
             Defendant.
 7   -------------------------------------------------------
                        Status Conference
 8             BEFORE THE HONORABLE DAVID S LEIBOWITZ
                   UNITED STATES DISTRICT JUDGE
 9
     APPEARANCES:
10   FOR THE PLAINTIFF:   AWP LEGAL, by:
                          Keith A. Mathews, Esq.,
11                        1000 Elm Street, Suite 800
                          Manchester, New Hampshire 03102
12
     FOR THE DEFENDANT:   HINSHAW & CULBERTSON, LLP, by:
13                        Siobhan Earlyn Penningt Grant, Esq.
                          2811 Ponce de Leon Blvd., Suite 1000
14                        Coral Gables, Florida  33134

15                        LYDECKER DIAZ, by:
                          Eric Lee McAliley, Esq.
16                        1221 Brickell Avenue, 19th Floor
                          Miami, Florida  33131
17

18

19

20   STENOGRAPHICALLY
     REPORTED BY:         ELLEN A. RASSIE, RMR-CRR
21                        Official Court Reporter to the
                          Honorable Rodney Smith
22                        299 E. Broward Blvd., Room 207-C
                          Fort Lauderdale, Florida  33301
23

24

25
```

```
 1                 (Called to the order of the court at 2:23 p.m.)

 2            THE COURT:  Good afternoon, everybody.  Please be

 3     seated.  Ms. Shotwell, whenever you're ready.

 4            THE COURTROOM DEPUTY:  Calling the matter of Isaacs

 5     versus Keller Williams Realty, Inc.  Case number is 23, civil,

 6     81393.

 7            Counsel, please announce your appearances for the

 8     record beginning with the plaintiff.

 9            MR. MATHEWS:  Attorney Keith Mathews for Jeffrey

10     Isaacs.

11            THE COURT:  Good afternoon, sir.

12            MR. MATHEWS:  Good afternoon, your Honor.

13            MS. GRANT:  Good afternoon, your Honor.  Siobhan Grant

14     on behalf of Keller Williams Realty, Inc.

15            THE COURT:  Good afternoon, Ms. Grant.

16            MR. McALILEY:  Good afternoon, your Honor.  Eric

17     McAliley on behalf of Makai Wellington.

18            THE COURT:  Good afternoon, sir.  Just for the record,

19     there is a third defendant, KCK Development, LLC that is part

20     of the Second Amended Complaint, and they still have not been

21     served, correct, counsel?

22            MR. MATHEWS:  That's correct, your Honor.  I believe

23     we're waiting for an order on that prior motion regarding that

24     issue.  There was a show cause set.  My client filed -- we

25     filed a show cause response to that, and we haven't heard back
```

```
 1   yet.
 2          THE COURT:  Yeah, let's take up that right now.
 3   There's a lot to do today.  I think it's my first time really
 4   sitting with all of you on this case, and I don't -- as it's
 5   the first time that we're sitting with each other, I don't
 6   mind, you know, this is not a game of poker and the court does
 7   not hide its cards.
 8          This case has been around for a while.  There was a
 9   prior scheduling order entered by the Honorable Robin Rosenberg
10   with very clear dates, and so let's get right to the order to
11   show cause.
12          This court issued an order to show cause why defendant
13   KCK should be added that was in ECF number 139.  In ECF 148,
14   plaintiff, Dr. Isaacs, puts in reasons why in response to the
15   order to show cause.
16          Counsel, I'll hear you.  Let me just say before you
17   stand up and tell me why we should add KCK, let me state a
18   couple of things.
19          First of all, Judge Rosenberg, when she had the case,
20   stated in her scheduling order that joinder of additional
21   parties in amended pleadings, that deadline was January 29,
22   2024, and any motions for class certification were to be filed
23   on or before February 20, 2024.
24          Her discovery stay was issued the following day of
25   that deadline on February 21, 2024.  Discovery has been stayed
```

 1  in this matter.

 2          So, to T it up as sharply as I can, counsel, discovery

 3  was stayed February 21st, long after an initial discovery

 4  period and after the January 29, 2024 deadline to amend for any

 5  parties.  So why should KCK be allowed in?

 6          MR. MATHEWS:  Well, I think it kind of reflects on the

 7  overall -- I mean, the court indicated when you walked out that

 8  this case has been kind of lingering for a long time with

 9  nothing really being accomplished.

10          What was accomplished in that timeframe was the case

11  was resolved with Equestrian Palms.  It's extremely important

12  for my client to get that accomplished.  That was his primary

13  focus at that stage of the case.

14          THE COURT:  Let me slow you down there, counsel.

15  That's Equestrian Palms?  And what was accomplished?  Just I'm

16  newer to the case than you.

17          MR. MATHEWS:  I am a little bit bound by any

18  agreement, but we were able to resolve the issue with the

19  Equestrian Palms.

20          THE COURT:  That's helpful.  So a party in the state

21  court claim?

22          MR. MATHEWS:  It's in both claims, so it was here and

23  in state court.  We resolved it in both cases.

24          THE COURT:  Thank you for catching me up.  Please

25  continue.

1            MR. MATHEWS:  And so when that was kind of done, in

2      the meantime, the discovery stay was put into place at the

3      point where basically no litigation had happened.  That

4      includes the provision of the TCPA discovery that the court

5      ordered at the beginning of the case.  It includes basically

6      any exchange of discovery at this point.

7            We're really here on a first, you know, scheduling

8      conference in terms of where we are sitting currently.

9            So I think if we pick and choose at this point what

10     dates have passed and what dates have not, we're creating an

11     inequitable situation which is kind of the fault of all the

12     parties in terms of where we were in the case at that point.

13           Because when the stay was entered, some things had

14     been done, or some deadlines had passed, but those are the

15     deadlines we needed information for.  Again, I'm going back to

16     a different issue, but I think it's kind of included which is

17     the class certification deadline being before the TCPA

18     documentation was provided which the court already said that

19     they were supposed to do, and they didn't.

20           It creates an unfair advantage in a situation where

21     all of the parties were kind of a having a conversation at that

22     stage, particularly, you know, Equestrian Palms and my client.

23           So I run into this a lot recently which is actually of

24     kind of interesting.  It's an issue I really haven't dealt with

25     in a long time, when we're kind of all having the same

1    conversation and some of these deadlines are passing while

2    we're just kinda holding off figuring out where we are, it does

3    create an inequitable advantage that's not necessarily intended

4    by the parties.

5            I think it's fortunate that the two deadlines that

6    have passed here, the ones that affect my client for the

7    defendants, but I don't think it's necessarily fair that those

8    are the two that we're talking about because there are other

9    deadlines that have passed too, deadlines that we're still

10   talking about, specifically the provision of discovery, et

11   cetera.

12           So it's really difficult for my client to provide a

13   class certification when we don't have any discovery of any

14   kind, same as it's very difficult for my client to determine

15   what parties to add, et cetera, if we haven't had any discovery

16   at any kind, and so all of these things kinda of working in

17   concert create a situation where basically it's inequitable to

18   toll certain requirements without tolling all of the

19   requirements.

20           And what we propose in our scheduling order is exactly

21   that.  Let's start from Stage 1, and have a conversation where

22   we are.  We're not looking to amend the Complaint again, we've

23   already done that to add an additional party, and I do think

24   it's relevant to the overall case matter of this individual

25   resolving this issue with part of all of this would be

```
 1    beneficial.

 2          There was an issue with defense.  My client's

 3    guideline with the -- his boundary line on his house, there was

 4    an issue with that, and some of those things were communicated

 5    through the witnesses who were realtors in terms of what they

 6    believed the overall size of the house was, et cetera.  I think

 7    it's a fine place to resolve that issue as any and we're here.

 8    We're here after scheduling order was filed really at the very

 9    beginning of all of this now that Equestrian Palms has kinda

10    stepped up.

11          THE COURT:  Why has KCK not been served?

12          MR. MATHEWS:  Because we haven't had an order on the

13    show cause hearing.

14          THE COURT:  Why does that stop you from serving them?

15    You filed the Second Amended Complaint and under the rule, they

16    were to have been served even if this court was to allow KCK to

17    be in the case, which is what we're here today about, they were

18    to be served by September the 1st, 2024 under the rule because

19    you filed the Second Amended Complaint.

20          MR. MATHEWS:  Perhaps that was my confusion at that

21    point.  I read that order requesting a show cause for keeping

22    them on as we're going to hold off on this till the court makes

23    a ruling.

24          THE COURT:  Okay.  All right.  Anything else you wish

25    to add, sir?
```

1      MR. MATHEWS:  On this issue, no.

2      THE COURT:  Okay.  Defense counsel, anything that

3  anyone wants to add for the court?

4      MR. McALILEY:  Your Honor, it's not my party, but I

5  can't imagine how the court has jurisdiction over a local

6  boundary dispute.  I don't see how the court ever gets the

7  jurisdiction on this issue, why it's some state actor and a

8  local boundary dispute belongs in front of this court

9  unnecessarily complicating this case.  I just don't get it.

10     THE COURT:  Yeah, so I think what you're saying is and

11  you'll correct me, counsel, just because I'm, again, the newest

12  to the party, this case originally comes, it seems to this

13  court on TCPA, and Sherman Act bases.

14     And then a long time later, now there's a wholly

15  different party and what's alleged against that party is

16  essentially a quiet title and easement by prescription matter

17  that I think, as you would have it, plaintiff is trying to

18  shoehorn as some kind of supplemental jurisdiction and you're

19  asking why.

20     MR. McALILEY:  I don't see how they could, your Honor,

21  frankly.  I mean, that may be good as to my claim, you know,

22  appended state claim, but that's a totally different defendant

23  and I don't see how the court will ever have jurisdiction over

24  them.

25     THE COURT:  Even if Keller Williams and/or Makai is

1   yours, right?

2          MR. McALILEY:  Yes, your Honor.

3          THE COURT:  Even if Keller Williams and Makai did

4   everything that plaintiff said in any of their Complaints, it's

5   still your position that how can that show supplemental

6   jurisdiction for a quiet title action against KCK?

7          MR. McALILEY:  I guess a total non-party to those

8   transactions, yes, your Honor.

9          THE COURT:  Thank you, counsel.

10         MS. GRANT:  I don't have anything further to add, your

11  Honor.

12         THE COURT:  So, anything you want to be heard with

13  regard to that exchange, counsel?

14         MR. MATHEWS:  Well, I just think that this case at its

15  core, I mean there's other issues involved obviously, but the

16  case at its core is about the property itself, and so that's

17  where the supplemental jurisdiction in my mind comes from.

18         THE COURT:  Well, let's go there because that will be

19  a real education for this court, which is how is it about the

20  property itself when the initial two counts, Sherman Act and

21  TCPA against Keller Williams are really about two things?  One,

22  unwanted telephone calls --

23         MR. MATHEWS:  Sure.

24         THE COURT:  And two, something that I still am having

25  a hard time divining out of a Sherman Act claim which is

```
 1   something like and they get six percent across the board for
 2   commissions.  That doesn't -- those two things don't have
 3   anything to do as far as I can understand your Complaint, with
 4   a fence line, and that's what I think counsel is saying which
 5   is how does a fence line dispute with KCK have anything to do
 6   with those two -- I'm going to use the word federal claims,
 7   because they sound in two federal statutes, but I haven't ruled
 8   on the motion to dismiss which is pending.  But how does
 9   something against KCK have anything to do with those?
10           MR. MATHEWS:  Well, I think it has a lot do with the
11   way that this entire property sale kind of went through.  We've
12   got a realtor contacting my client and appropriately, given the
13   fact that he's on the Do Not Call registry and soliciting him.
14           My client's a disabled gentleman who is susceptible to
15   these types of things.  And then we've got a property sale
16   agreement which seems to encompass a certain portion of the
17   property, but it really doesn't.  That was the main portion of
18   that other case when Equestrian Palms got thrown out.  That's
19   basically the conversation there that got worked out.  That was
20   the conversation there.
21           All of these agreements, all of these phone calls, all
22   of this conversation about what's being sold here has to do
23   with the property, including that boundary dispute, and so it's
24   an easy place to resolve that there.
25           THE COURT:  Yeah, but if you prove everything against
```

```
 1   them, how does that do anything to KCK?  You run the table at
 2   trial against these two parties, how does that touch a fence
 3   line against KCK?  Isn't that a separate a state court
 4   Complaint for quiet title?
 5            MR. MATHEWS:  I can see why you would think that.
 6            THE COURT:  Okay.  So here's what the court's going to
 7   do with respect to KCK.  I think for -- I think for three
 8   separate reasons, KCK will not be added as a party to the
 9   Second Amended Complaint.  Those three reasons have been
10   addressed in brief at this conference, but let me make the
11   record plain.
12            First, this court is deeply unpersuaded by plaintiff's
13   submissions regarding the prior scheduling order and any
14   misunderstanding thereunder.
15            First, as I stated at the top, Judge Rosenberg was
16   very clear in her order.  Let's put to the side the class
17   action deadline.  The joinder for additional parties and
18   amended pleadings was January 29, 2024, and on February 21st,
19   there was a discovery stay.  So discovery was not stayed.  That
20   deadline came and gone.  There was nothing before Judge
21   Rosenberg on the docket when that deadline came and went.
22            And in fact --
23            MR. MATHEWS:  Your Honor, can I say one additional --
24   I'm sorry, I don't mean to interrupt at all but --
25            THE COURT:  That's quite all right.  It's my birthday
```

1   so I'm going to let it slide.

2        MR. MATHEWS:  Happy birthday, your Honor.

3        THE COURT:  Thank you.  Go ahead.

4        MR. MATHEWS:  Just the thing that what you just said

5   here I think is really important, and I kind of just thought of

6   it a minute ago, which is why I'm interrupting you and I

7   apologize.

8        THE COURT:  It's okay.

9        MR. MATHEWS:  But what happened before the discovery

10  stay I think is extremely important information for the court

11  in making these decisions.  I don't know if it affects your

12  decision here, it seems to give a pretty clear picture on this,

13  but I want to get this conversation started before we get

14  there.

15       There was a conversation early on in this case when we

16  had a settlement conference that discovery would never happen

17  and that's been the case.  We've been restricted from any kind

18  of discovery of any kind.

19       So when we're talking about these deadlines passing,

20  then the discovery stay being entered, there was basically a de

21  facto stay because we weren't receiving any responses to the

22  discovery up until that point.  I wanted to clarify that part

23  of the issue here.

24       THE COURT:  That's fine, counsel.  The problem with

25  that position is that none of that was ever addressed --

1    actually, some of it was addressed to Judge Rosenberg, and I'll

2    get to that in a moment, but most of it was not.  And when the

3    plaintiff brings a case based on a certain Complaint, and a

4    deadline comes and goes, it is, first of all, it's not shocking

5    because Judge Rosenberg's an excellent judge, an efficient

6    judge, and anyone that's practiced for ten minutes in front of

7    her understands that when a scheduling order is laid down at

8    the beginning of a case by Her Honor, and a deadline is

9    approaching that could sound in the prejudice that plaintiff's

10   counsel is saying, it is the plaintiff's duty and burden to say

11   something to the court, to get it adjusted, and to show good

12   cause.

13          Nothing like that is in the record.  And, in fact,

14   when the deadline came and went, there was then a motion to

15   stay.

16          And on February 21, 2024, Her Honor, Judge Rosenberg

17   stayed discovery pending further order, and when she did, she

18   noted at ECF number 61, that plaintiff Isaacs was prosecuting

19   the matter himself despite having counsel, burdening the court

20   and defendants with frivolous submissions and requests, and not

21   complying with subpoena requirements such as no notice to

22   defendants and requesting information not related to the case.

23          Let me say now tangentially since I'm the new one to

24   the case since March the 1st, that I got somewhere in the

25   neighborhood of 240 civil cases reassigned to me on or about

1    March the 1st of this year.  This case is absolutely in the top

2    five of just what has to be described as nonsense filed by the

3    plaintiff in this case.

4          There are Google subpoenas which were eventually

5    thrown away, and I say that not with any aspersions to counsel

6    before me.  I don't know who filed what.  I don't know.  I

7    mean, there is all kinds of shall we say atmosphere in the

8    papers of both sides that is really not contested by

9    plaintiff's counsel throughout the docket that in some

10   respects, the actual party, Dr. Isaacs, was really driving the

11   car here; was really very active and very much a speaker orally

12   and in writing even though he was represented by counsel.

13         In fact, there are representations by officers of the

14   court, all lawyers are taken by this court to be acting in good

15   faith unless proven otherwise, that Dr. Isaacs himself during

16   the period when discovery was not stayed was engaging in

17   vitriolic and personal attacks against counsel.

18         I would never permit that.  I know that plaintiff's

19   counsel before me would not do that, and that's part of the

20   reason why Judge Rosenberg on February 21st stayed discovery.

21         What she also said in her order is that she, according

22   to Eleventh Circuit case law, and as usual, she's right, took a

23   preliminary peek at the Complaint at the time and as part of

24   her balancing of the factors, determined that a preliminary

25   peek of the Complaint at that time, it would be an unfair

1    burden to engage in further discovery and what needs to happen

2    is a ruling on whether or not a perfected Complaint survives

3    and stays in federal court.  So that's kind of Factor 1.

4            Factor 2, as I've stated, as I accept plaintiff's

5    counsel's representation, is that there was never a motion for

6    leave to file the Second Amended Complaint.  It was just filed.

7    I will say, and this is just the court being candid, because it

8    was not a First Amended Complaint, the plaintiff did not have

9    a -- the right to simply file the Second Amended Complaint.

10           They needed to seek leave of this court to file a

11   Second Amended Complaint.  It was just filed -- I'm going

12   to say it this way, Dr. Isaacs is lucky because that filing,

13   and again, I'm not saying that plaintiff's counsel did anything

14   wrong, quite the opposite.  This case has been around, they

15   wanted to try to perfect their Complaint, and they filed a

16   Second Amended Complaint.

17           Even though there was no motion for leave to file,

18   this court was new, was in undated with over 240 civil cases so

19   that is by the boards.  The Second Amended Complaint is

20   permitted, although I am about to strike KCK from the defendant

21   list.  The Second Amended Complaint is what it is very clear

22   from the submissions of defense counsel, they are now going to

23   shoot at, and they are going to move to dismiss.

24           Their papers say that they're going to file that on or

25   before, I believe, September 11th, right, counsel?

1          MS. GRANT:  That's correct, your Honor.

2          MR. McALILEY:  Your Honor, I was going to ask for two

3    more days while I'm here, but yeah.

4          THE COURT:  I'll give you that.

5          MR. MATHEWS:  I have no objection, your Honor.

6          THE COURT:  I'll give you to September 13th.

7          MS. GRANT:  Would that be for all defendants?

8          THE COURT:  For all defendants.

9          MR. McALILEY:  It's almost done.  I just need three or

10   four hours.

11         THE COURT:  That's fine.  So they're going to move and

12   they're going to shoot on a Rule 12 to dismiss the Second

13   Amended Complaint.

14         So, Dr. Isaacs got the benefit of that.  That filing.

15   One, which by the way, I believe today if he filed, he would

16   not necessarily be entitled to at least from the good cause

17   showing that I've seen, including the good cause showing with

18   respect to KCK.  But as was stated by plaintiff's counsel,

19   let's not let all procedural technicalities stop us from moving

20   the case forward and getting to whether it's survives, and if

21   it does survive, we will put this on a schedule.

22         And I can promise all counsel, this case has been

23   around and it won't be around.  It's either going to get

24   settled, or it's going to get tried, and I know in saying that,

25   that it was -- it appeared to be close to settling at least

```
 1    from some of the submissions that I saw.  Okay.  So, that's
 2    kind of point 2.
 3          Point 3 is is that in addition to not being served on
 4    or before September the 1st, and that's the second point, and I
 5    take plaintiff's counsel that maybe he was confused by the
 6    order to show cause.  I don't see why because that deadline is
 7    clear from the rule.  When you file, there's a certain amount
 8    of time that goes by the boards.
 9          But with that said, and most importantly, the third
10    factor, I have read and reviewed ECF 148, and the court is
11    unpersuaded, completely unpersuaded, that had it shows good
12    cause to allow the amendment of the Second Amended Complaint to
13    include KCK.
14          It's for two main reasons.  One was addressed orally
15    with all counsel today which is I really don't see how this
16    quiet title/prescriptive easement action against what is
17    undisputed by the parties is a land owner and involves a fence
18    line, and what has to just be called a motion for what at
19    bottom is either to clarify the boundary line or to declare
20    that there's a prescriptive easement from the passage of time.
21          This court sees nothing as to why that kind of claim
22    which can, except for perhaps Laches, or statute of limitations
23    arguments that the court is unaware of and is not before it,
24    that could be brought at state court against that land owner at
25    any time.  And it need not be here.
```

1          So for kind of an A and B reason, I don't see why this

2    court would exercise its discretion to bring supplementally

3    that claim into the Complaint.

4          Finally, there's the submission 148 itself, which I

5    just find does not show good cause and the -- the gravamen of

6    an example as why -- as to why I do not find that it shows good

7    cause is really in paragraph 7.

8          Paragraph 7 of ECF 148 in applying good cause to this

9    case states that counsel assumed, perhaps incorrectly, that the

10   entire scheduling order had been tolled or voided because of

11   the longstanding discovery stay.  Since discovery had been

12   stayed for around six months, adhering to the original

13   scheduling order was impractical and seemingly not within the

14   original intent of the order.

15         That paragraph, at best, would cover the period of

16   time that this court since March the 1st has had the case, and

17   different orders had been entered.

18         It does not in any way speak to the scheduling order

19   of Judge Rosenberg that the deadlines that passed with Judge

20   Rosenberg.

21         This court also notes that the magistrate judge in

22   this case, Magistrate Judge Reinhart, has seen these parties,

23   has dealt with issues in this case, is a very experienced

24   magistrate judge and at no time throughout all the back and

25   forth with Magistrate Judge Reinhart was any of this addressed.

```
 1          So for all of those reasons, KCK will be stricken from
 2   the Second Amended Complaint, and on or before the September
 3   13th, 2024, the defendants that remain may move to dismiss, and
 4   then plaintiff will, of course, have their opportunity to
 5   respond.
 6          Okay.  So, having done that, this is the point in time
 7   where I would ask the parties to tell me anything else they
 8   wish the court to know, or wish to address to the court before
 9   I kind of give you my overview of where I think this is going
10   to go.  But I don't know the case as well as counsel before me.
11          So if having just kind of cleaned up the only issue
12   before me and now waiting for a motion to dismiss, if there's
13   anything that counsel wishes for me to know or wishes to
14   address, please.
15          MR. MATHEWS:  Just a few things, your Honor.  I think
16   the court is correct that this case should be moving to a trial
17   as quickly as possible.  Our proposal is to get discovery done
18   as quickly as well.
19          I think there's only a few things here, specifically
20   files that Keller Williams has in their possession regarding
21   other TCPA and other Sherman Act cases which could allow us to
22   be pretty much prepared for the trial very quickly.
23          We requested the TCPA documentation early on in this
24   case.  Obviously, did not receive it due to the discovery stay.
25          We requested the Sherman Act information under
```

```
1   Seitzer, which he has found that Keller Williams is in
2   violation of the law and the Settlement Agreement doesn't go
3   far out.
4           So that's really we're at.  It's not a complex matter.
5   We've got a TCPA claim we're looking for the TCPA discovery on.
6   I want to mention this for the court because it's bothering me
7   and it's going to continue to bother me.  I used to practice a
8   lot of TCPA litigation before they cut up the statute up in New
9   Hampshire and, you know, the idea of this court issuing an
10  order immediately that says you need to give them everything
11  regarding TCPA at the beginning of the case was something that
12  I was kind of celebrating when it came to my office.  That
13  would've been extremely beneficial to me back in the day.
14          I still think the TCPA is alive and well.  I think we
15  have a claim here, but that documentation was never provided,
16  and so I understand that there's a discovery stay but the court
17  did that automatically; said these are the deadlines we have to
18  get that documentation in.
19          And that documentation would really put that TCPA
20  claim to bed; could resolve it on summary judgment.  I know
21  this looks like a more complicated case than it is.
22          THE COURT:  Oh, counsel, I don't think it's
23  complicated.  I appreciate you rising.  I don't think it's a
24  complicated case at all.
25          I think that to be candid with officers of the court,
```

```
 1    I think Dr. Isaacs, if a third of what defense has said in this
 2    case the true, not all of it has to be true, if a third of it
 3    is true, I think that what is clear from the docket, Judge
 4    Rosenberg's rulings, and frankly, even since I've been involved
 5    in the case, I think there's, I believe, the legal term is
 6    shenanigans going on.
 7         I mean, the subpoena dispute involving Google has to
 8    rank in my first six months of being a federal judge as towards
 9    the very top of nonsense, and I'm really glad that counsel is
10    here today because what we're going to do -- and I'll hear you
11    if you think I'm missing something, counsel -- but what we're
12    going to do is make sure that there's kind of a reset here.
13         I'm going to keep the discovery stay until we get to
14    the bottom of whether the Complaint survives.  I'm going to
15    give you a full opportunity, counsel, to respond and make sure
16    that the court understands as to why you think the Complaint
17    survives.
18         Once that's done, if any of it survives, we will set a
19    scheduling order that will be the last order in the case.  I
20    note to give you a chance to address it, you guys can't even
21    agree on a scheduling order right now.  Maybe that will change
22    once we determine whether the Complaint survives or not, or
23    maybe it goes beyond Dr. Isaacs and actually affects the
24    lawyers in the case and the court will just have to enter one
25    of its own.
```

1            And what I would say finally is is there's absolutely

2    a flavor here -- more than a flavor really -- that I would be

3    remiss if I did not say that I think today has been productive,

4    today has been clarifying and today has been clearly within the

5    heartland of the way lawyers should act towards the court and

6    towards each other.

7            And starting today, there should be nothing close to

8    Dr. Isaacs driving the car, as it will, and what I mean by that

9    is he can decide to be pro se and drive his car, and this court

10   then will construe what he does liberally and fairly as it does

11   for all pro se litigants.

12           But he has decided to be represented by able counsel,

13   and what I'm going to say starting today is that able counsel

14   will speak on his behalf, will sign on his behalf, will present

15   to the court and to opposing counsel on his behalf.

16           Dr. Isaacs can choose.  He can speak for himself, and

17   I'll let you out of the case, and I don't hold Dr. Isaacs to

18   the kinds of Rule 11 representations and local rule

19   representations that I hold all attorneys to and 99 percent of

20   all attorneys have no problem abiding by it, or he can turn it

21   over to able counsel and I think in doing that, we will just

22   make sure that the shenanigans are out of the case.

23           And if we're going to settle it, we're going to settle

24   it.  If we're not going to settle it, and not agree, there will

25   be a scheduling order and we'll go to trial.

1          So with that said, I certainly want to give

2     plaintiff's counsel the opportunity to clarify, to correct

3     anything, or just to add something that you think I may not be

4     comprehending.

5          MR. MATHEWS:  Well, I think the only thing that's

6     really holding the scheduling order, and I think this is

7     fortunate the fact that we're talking about motions to dismiss

8     coming up.

9          And our proposal has a schedule.  There's dates and

10    times, and their proposal was just we're not starting again.

11    And so I think that that kind of creates there's no headway

12    that can be done.  I can't say December 1st and you say

13    November 1st if we're not talking about starting at all.

14         THE COURT:  That's totally fair.

15         MR. MATHEWS:  It fixes itself.

16         THE COURT:  Is it -- tell me if I'm kind of inside of

17    your head the way your JSR makes it sound.  If this motion to

18    dismiss, I'm going to make it up, was decided on October the

19    1st, are the periods of time in your JSR going to change?  I

20    know the dates will change because I just put it at October

21    1st.

22         MR. MATHEWS:  Right.  No, I don't think so.

23         THE COURT:  Okay.

24         MR. MATHEWS:  I think we have the same plan either

25    way.

1        THE COURT:  So the periods of time that you need, you

2   feel very comfortable with?

3        MR. MATHEWS:  Exactly.  And it could shift too based

4   on what survives and what doesn't and what the court says about

5   what is there and we can figure it out from there, but I think

6   from the baseline, that hypothetical works he for me.

7        THE COURT:  Again, this isn't a poker game, that's

8   what the court intends to do.  What the court intends to do and

9   I'll hear from anybody again until you're sick of me, the court

10  intends to wait for the motion to dismiss, to wait for the

11  responses, and then we will rule and then from that point, if

12  anything survives, we will issue a scheduling order that is

13  broadly consistent with the time periods that have been

14  submitted if not the actual dates because those, of course,

15  need to change to conform with whatever ruling I give on a

16  12(b).

17        Anything else, counsel, we need to do?

18        MR. MATHEWS:  Yes, just briefly, your Honor.  I would

19  be remiss if I didn't to some extent re-characterize Dr. Isaacs

20  to the court.

21        I've been working with Dr. Isaacs for now over a

22  decade.  I know him very well.  He's a disabled man, but a

23  genius to some extent.  And his disability and his genius kind

24  of coincide and in an interesting way and I try to channel that

25  the best I can in these circumstances.

```
 1           Sometimes we're on meetings, and he speaks and he
 2      shouldn't, and that's something that I'm working on with him
 3      and I'm going to continue to but it's extremely difficult when
 4      your client is so intelligent also, you know, doesn't know
 5      where his intelligence stops and --
 6           THE COURT:  I wish I had that problem, counsel.  I'm
 7      not intelligent enough.
 8           MR. MATHEWS:  Me, as well.  And I think that if you
 9      look at, you know, I mean basically we had run a whole Sherman
10      Act case out in California against Apple, and that went to the
11      Ninth Circuit and they said no.  And that's fine at that point
12      in the process.
13           But a lot of the things that we laid out against
14      Apple, they're now using in the DOJ Complaint.  So I feel very
15      confident that the ideas that we're presenting to the court and
16      we've been working together on over an extended period of time
17      are solid.
18           And so I'm trying to work through the conversation
19      with Jeff Isaacs and my own position on this to make sure that
20      we present, you know, his thoughts, the ideas that we have
21      together to the court as much as possible.
22           I mean, I recognize that I'm a New Hampshire lawyer.
23      It's a little bit of strange that all of a sudden I'm filing a
24      bunch of antitrust cases.  I do take these cases as a personal
25      thing.
```

 1          THE COURT:  Couple of things, counsel.  First of all,

 2     I started in Massachusetts which was not that far away, so

 3     there's no prejudice to New Hampshire.

 4          Secondly, let me tell you it's obvious that what the

 5     court said has been confirmed by plaintiff's counsel which is

 6     why, unless you're a fool for a client, you hire able counsel

 7     to speak for you.  There's no prejudice towards the merits of

 8     anything that Dr. Isaacs has submitted.

 9          In fact, I'm waiting for a 12(b) from the defendants,

10     but this court is well aware the TCPA is a very plaintiff

11     friendly statute.  Even defendants that don't mean to violate

12     that statute often have to settle up, fess up, or pay up.

13          MR. MATHEWS:  That was any bread and butter years ago.

14          THE COURT:  So you know there's absolutely no

15     prejudice towards Dr. Isaacs.  What is very clear is that none

16     of that allows for the kinds of tactics, comments, and frankly,

17     filings that have no business in federal court.

18          And Judge Rosenberg was right.  It's a complete waste

19     of time and resources, and I know this.  Whether from New

20     Hampshire or not, if you would have your name and your name

21     alone on that stuff, you would know that you would jeopardize

22     and risk Rule 11, and I don't think any lawyer wants to do

23     that.

24          I don't think we'll get near there again.  And I

25     appreciate that you're re-characterizing your client, and I can

```
 1    assure you we need to get past 12(b), and if anything survives,
 2    we're going to have an expedited schedule because it's not a
 3    complicated case.  It's just not.  I don't hear the defendants
 4    even saying that.  They just think that it doesn't belong in
 5    federal court.
 6            Anything else, counsel?
 7            MR. MATHEWS:  Just that I don't know how you get used
 8    to wearing a suit down here.  That's basically it.
 9            THE COURT:  Give it six more weeks.  In six more
10    weeks, you're not going to want to leave.
11            Yes, counsel.
12            MS. GRANT:  Yes, your Honor.  With respect to the
13    scheduling order, I would just like to make sure my client's
14    position is clear.  For deadlines that have already passed,
15    that could very easily have been extended, for instance, the
16    class certification deadline, that we would object to those
17    deadlines being revived, particularly given the length of time
18    that has passed.
19            THE COURT:  Let me help you there.  Let me help you
20    there because I went there.  Mr. New Hampshire may feel
21    differently and may wish to refile should his Complaint, any
22    part of it survive, and a scheduling order is entered.
23            This court right now can give your client, Keller
24    Williams, comfort in that it does not intend to revive joinder
25    of additional parties and any more amendment of pleadings.
```

1          And it does not intend to revive any class

2     certification opportunities.  Both of those dates in this

3     court's mind are by the boards for all the reasons stated

4     previously.

5          I know that, again, to be fair to plaintiff's counsel,

6     if anything survives and an order is ultimately entered, maybe

7     counsel will rise and try to explain why one or more dates and

8     deadlines which are not in my order should reappear.

9          He is, of course, permitted to do that, but I think

10    it's very important and, frankly, serves the cause of justice

11    for this judge to, again, not play poker.  And there's no

12    prejudice to people putting in papers, but I like to at least

13    tell them where I'm pointed, especially when I entered the case

14    on March the 1st.  So, that's where my mind is, counsel on

15    those two dates.

16         Are there any other dates that you are concerned about

17    as let's say by the boards?

18         MR. McALILEY:  If you take class certification out, it

19    makes it, like you said, it becomes a much easier case, yeah.

20         THE COURT:  That to me is very clear.  Let me deal

21    with a little bit of that and, of course, plaintiff's counsel

22    will have an opportunity should anything survive.

23         MR. McALILEY:  I would just say this, your Honor.

24    Again, I know this is the federal court's problem.  As your

25    Honor is probably well aware, we've had in the State of Florida

```
 1    because of the litigation changes, we have like hundreds of

 2    thousands of cases filed to beat the statute and, you know, the

 3    Supreme Court has issued a dictate to try these cases in 18

 4    months.  So guess what's happening?  This fall, around January,

 5    February, March is just chaos, unmitigated chaos.  I'm on

 6    twelve dockets in December.  That's where I'm at.

 7            THE COURT:  So you're saying that to me because I need

 8    to be aware that whatever dates I may enter, you may be asking

 9    to move?

10            MR. McALILEY:  Yes, your Honor.  Just because I'm one

11    person and I can hire twelve lawyers; ain't going to change the

12    fact that I'm in trial.

13            THE COURT:  You will have an opportunity to do that,

14    just like your adversary will have an opportunity to do that.

15            Let me say very clearly because both of you have

16    brought it up.  On February 20, 2024, any motions for class

17    certification, that deadline went.  It is simply the opposite

18    of good cause at that point for ten days, let alone more than

19    six months to go by without addressing that before Judge

20    Rosenberg or me is all I need to know.

21            I mean, that is something that could have been

22    addressed at the inception of the case when Judge Rosenberg got

23    it.  It could have been addressed on February 21st, it could

24    have been addressed on March the 2nd when I was figuring out

25    where to turn the lights on in this courtroom, let alone today.
```

```
 1              So, for all of those reasons, that date is by the

 2    boards.  This is going to be a one defendant case if any case

 3    shall survive, but I'm sure that won't be the last I'll hear

 4    from plaintiff's counsel should anything survive.

 5              MR. McALILEY:  One last thing, and it's not Mr.

 6    Mathews, he's a gentleman.  I don't have any problems with

 7    Mr. Mathews and I mean that sincerely.

 8              I've asked several times and because it makes me

 9    ethically uncomfortable.  Please have Dr. Isaacs not

10    communicated with the lawyers directly.

11              THE COURT:  Yep.

12              MR. McALILEY:  I just don't -- I find myself in the

13    email late at night, like I'm removing him.

14              THE COURT:  Say no more, counsel.

15              MR. McALILEY:  Yes, your Honor.

16              THE COURT:  I'm ordering that right now.  First of

17    all, I don't need to order it because I'm sure plaintiff's

18    counsel heard it loud and clear.

19              There should be no direct communication from

20    Dr. Isaacs to any attorney representing any defendant or

21    frankly, any defendant party themselves.  They are represented

22    now.  He can't do that.  All communication should go through

23    plaintiff's counsel.

24              And I know that plaintiff's counsel doesn't need an

25    order.  He will make sure and make sure that his file is clear
```

1   that he has instructed Dr. Isaacs to do that.

2          And I think that will also help maybe.  Maybe, I don't

3   need to know, but maybe if we were close on settlement, maybe

4   that will help actually get to settlement because sometimes

5   emotions can get in the way.

6          Anything else we need to do, counsel?

7          MR. McALILEY:  That's it, your Honor.

8          MS. GRANT:  No, your Honor.

9          MR. MATHEWS:  Nothing further.

10         THE COURT:  It's pleasure to meet all of you, and I

11  look forward to getting the motion and the responses.

12         MR. McALILEY:  Thank you, your Honor.  I will file it

13  on the 13th.  Thank you for the extension.  Appreciate it.

14         THE COURT:  We're adjourned.  Thanks, everybody.  Have

15  a great day.

16                 (Proceedings adjourned at 3:12 p.m.)

17                      C-E-R-T-I-F-I-C-A-T-E

18

19          I hereby certify that the foregoing is an accurate

20  transcription of the proceedings in the above-entitled matter.

21

22  SEPTEMBER 26, 2024      Ellen A. Rassie
                            ELLEN A. RASSIE, RMR-CRR
23                          Official Court Reporter
                            To the Honorable Rodney Smith
24                          299 East Broward Blvd., Room 207-C
                            Fort Lauderdale, Florida  33301
25                          (954)769-5448

**MR. MATHEWS:**
**[30]** 2/9 2/12 2/22
4/6 4/17 4/22 5/1
7/12 7/20 8/1 9/14
9/23 10/10 11/5 11/23
12/2 12/4 12/9 16/5
19/15 23/5 23/15
23/22 23/24 24/3
24/18 25/8 26/13 27/7
31/9
**MR. McALILEY: [15]**
2/16 8/4 8/20 9/2 9/7
16/2 16/9 28/18 28/23
29/10 30/5 30/12
30/15 31/7 31/12
**MS. GRANT: [6]** 2/13
9/10 16/1 16/7 27/12
31/8
**THE COURT: [48]**
**THE COURTROOM**
**DEPUTY: [1]** 2/4

**0**

**03102 [1]** 1/11

**1**

**1000 [2]** 1/11 1/13
**11 [2]** 22/18 26/22
**11th [1]** 15/25
**12 [4]** 16/12 24/16
26/9 27/1
**1221 [1]** 1/16
**139 [1]** 3/13
**13th [3]** 16/6 19/3
31/13
**148 [4]** 3/13 17/10
18/4 18/8
**18 [1]** 29/3
**19th [1]** 1/16
**1st [10]** 7/18 13/24
14/1 17/4 18/16 23/12
23/13 23/19 23/21
28/14

**2**

**20 [2]** 3/23 29/16
**2024 [11]** 1/5 3/22
3/23 3/25 4/4 7/18
11/18 13/16 19/3
29/16 31/22
**207-C [2]** 1/22 31/24
**21 [2]** 3/25 13/16
**21st [4]** 4/3 11/18
14/20 29/23
**23 [1]** 2/5
**23-CV-81393 [1]**
1/2
**240 [2]** 13/25 15/18
**26 [1]** 31/22
**2811 [1]** 1/13
**29 [3]** 3/21 4/4 11/18

**299 [2]** 1/22 31/24
**2:23 [1]** 2/1
**2nd [1]** 29/24

**3**

**33131 [1]** 1/16
**33134 [1]** 1/14
**33301 [2]** 1/22
31/24
**3:12 [1]** 31/16

**5**

**5448 [1]** 31/25

**6**

**61 [1]** 13/18

**7**

**769-5448 [1]** 31/25

**8**

**800 [1]** 1/11
**81393 [2]** 1/2 2/6

**9**

**954 [1]** 31/25
**99 [1]** 22/19

**A**

**abiding [1]** 22/20
**able [5]** 4/18 22/12
22/13 22/21 26/6
**about [14]** 6/8 6/10
7/17 9/16 9/19 9/21
10/22 12/19 13/25
15/20 23/7 23/13 24/4
28/16
**above [1]** 31/20
**above-entitled [1]**
31/20
**absolutely [3]** 14/1
22/1 26/14
**accept [1]** 15/4
**accomplished [4]**
4/9 4/10 4/12 4/15
**according [1]** 14/21
**accurate [1]** 31/19
**across [1]** 10/1
**act [7]** 8/13 9/20
9/25 19/21 19/25 22/5
25/10
**acting [1]** 14/14
**action [3]** 9/6 11/17
17/16
**active [1]** 14/11
**actor [1]** 8/7
**actual [2]** 14/10
24/14
**actually [4]** 5/23
13/1 21/23 31/4
**add [7]** 3/17 6/15
6/23 7/25 8/3 9/10
23/3

**added [2]** 3/13 11/8
**addition [1]** 17/3
**additional [5]** 3/20
6/23 11/17 11/23
27/25
**address [3]** 19/8
19/14 21/20
**addressed [8]** 11/10
12/25 13/1 17/14
18/25 29/22 29/23
29/24
**addressing [1]**
29/19
**adhering [1]** 18/12
**adjourned [2]** 31/14
31/16
**adjusted [1]** 13/11
**advantage [2]** 5/20
6/3
**adversary [1]** 29/14
**affect [1]** 6/6
**affects [2]** 12/11
21/23
**after [3]** 4/3 4/4 7/8
**afternoon [7]** 2/2
2/11 2/12 2/13 2/15
2/16 2/18
**again [11]** 5/15 6/22
8/11 15/13 23/10 24/7
24/9 26/24 28/5 28/11
28/24
**against [12]** 8/15
9/6 9/21 10/9 10/25
11/2 11/3 14/17 17/16
17/24 25/10 25/13
**ago [2]** 12/6 26/13
**agree [2]** 21/21
22/24
**agreement [3]** 4/18
10/16 20/2
**agreements [1]**
10/21
**ahead [1]** 12/3
**ain't [1]** 29/11
**alive [1]** 20/14
**all [39]**
**alleged [1]** 8/15
**allow [3]** 7/16 17/12
19/21
**allowed [1]** 4/5
**allows [1]** 26/16
**almost [1]** 16/9
**alone [3]** 26/21
29/18 29/25
**already [3]** 5/18
6/23 27/14
**also [4]** 14/21 18/21
25/4 31/2
**although [1]** 15/20
**am [3]** 4/17 9/24
15/20
**amend [2]** 4/4 6/22

**amended [16]** 2/20
3/21 7/15 7/19 11/9
11/18 15/6 15/8 15/9
15/11 15/16 15/19
15/21 16/13 17/12
19/2
**amendment [2]**
17/12 27/25
**amount [1]** 17/7
**announce [1]** 2/7
**antitrust [1]** 25/24
**any [31]** 3/22 4/4
4/17 5/6 6/13 6/13
6/15 6/16 7/9 7/9 9/4
11/13 12/17 12/18
12/21 14/5 17/25
18/18 18/25 21/18
26/13 26/22 27/21
27/25 28/11 28/16
29/16 30/2 30/6 30/20
30/20 30/21
**anybody [1]** 24/9
**anyone [2]** 8/3 13/6
**anything [21]** 7/24
8/2 9/10 9/12 10/3
10/5 10/9 11/1 15/13
19/7 19/13 23/3 24/12
24/17 26/8 27/1 27/6
28/6 28/22 30/4 31/6
**apologize [1]** 12/7
**appearances [2]** 1/9
2/7
**appeared [1]** 16/25
**appended [1]** 8/22
**Apple [2]** 25/10
25/14
**applying [1]** 18/8
**appreciate [3]** 20/23
26/25 31/13
**approaching [1]**
13/9
**appropriately [1]**
10/12
**are [22]** 5/8 5/14 6/1
6/2 6/8 6/8 6/22 9/21
14/4 14/13 14/14
15/22 15/23 20/17
22/22 23/19 25/17
28/3 28/8 28/16 28/16
30/21
**arguments [1]** 17/23
**around [6]** 3/8 15/14
16/23 16/23 18/12
29/4
**as [39]**
**ask [2]** 16/2 19/7
**asked [1]** 30/8
**asking [2]** 8/19 29/8
**aspersions [1]** 14/5
**assumed [1]** 18/9
**assure [1]** 27/1
**at [43]**

**atmosphere [1]** 14/7
**attacks [1]** 14/17
**attorney [2]** 2/9
30/20
**attorneys [2]** 22/19
22/20
**automatically [1]**
20/17
**Avenue [1]** 1/16
**aware [3]** 26/10
28/25 29/8
**away [2]** 14/5 26/2
**AWP [1]** 1/10

**B**

**back [4]** 2/25 5/15
18/24 20/13
**balancing [1]** 14/24
**based [2]** 13/3 24/3
**baseline [1]** 24/6
**bases [1]** 8/13
**basically [7]** 5/3 5/5
6/17 10/19 12/20 25/9
27/8
**be [41]**
**beat [1]** 29/2
**because [26]** 5/13
6/8 7/12 7/18 8/11
9/18 10/7 12/21 13/5
15/7 15/12 17/6 18/10
20/6 21/10 23/20
24/14 27/2 27/20 29/1
29/7 29/10 29/15 30/8
30/17 31/4
**becomes [1]** 28/19
**bed [1]** 20/20
**been [28]** 2/20 3/8
3/25 4/8 5/14 7/11
7/16 11/9 12/17 12/17
15/14 16/22 18/10
18/11 18/17 20/13
21/4 22/3 22/4 22/4
24/13 24/21 25/16
26/5 27/15 29/21
29/23 29/24
**before [18]** 1/8 3/16
3/23 5/17 11/20 12/9
12/13 14/6 14/19
15/25 17/14 17/23 19/2
19/8 19/10 19/12 20/8
29/19
**beginning [5]** 2/8
5/5 7/9 13/8 20/11
**behalf [5]** 2/14 2/17
22/14 22/14 22/15
**being [8]** 4/9 5/17
10/22 12/20 15/7 17/3
21/8 27/17
**believe [4]** 2/22
12/25 16/15 21/5
**believed [1]** 7/6
**belong [1]** 27/4

**B**

belongs [1]  8/8
beneficial [2]  7/1
20/13
benefit [1]  16/14
best [2]  18/15 24/25
beyond [1]  21/23
birthday [2]  11/25
12/2
bit [3]  4/17 25/23
28/21
Blvd [3]  1/13 1/22
31/24
board [1]  10/1
boards [5]  15/19
17/8 28/3 28/17 30/2
both [5]  4/22 4/23
14/8 28/2 29/15
bother [1]  20/7
bothering [1]  20/6
bottom [2]  17/19
21/14
bound [1]  4/17
boundary [5]  7/3 8/6
8/8 10/23 17/19
bread [1]  26/13
Brickell [1]  1/16
brief [1]  11/10
briefly [1]  24/18
bring [1]  18/2
brings [1]  13/3
broadly [1]  24/13
brought [2]  17/24
29/16
Broward [2]  1/22
31/24
bunch [1]  25/24
burden [2]  13/10
15/1
burdening [1]  13/19
business [1]  26/17
but [33]
butter [1]  26/13

**C**

C-E-R-T-I-F-I-C-A-T
-E [1]  31/17
California [1]  25/10
Call [1]  10/13
called [2]  2/1 17/18
Calling [1]  2/4
calls [2]  9/22 10/21
came [4]  11/20
11/21 13/14 20/12
can [18]  4/2 9/5 10/3
11/5 11/23 16/22
17/22 22/9 22/16
22/16 22/20 23/12
24/5 24/25 26/25
27/23 29/11 31/5
can't [4]  8/5 21/20
23/12 30/22

candid [2]  15/7
20/25
car [3]  14/11 22/8
22/9
cards [1]  3/7
case [53]
cases [8]  4/23 13/25
15/18 19/21 25/24
25/24 29/2 29/3
catching [1]  4/24
cause [17]  2/24 2/25
3/11 3/12 3/15 7/13
7/21 13/12 16/16
16/17 17/6 17/12 18/5
18/7 18/8 28/10 29/18
celebrating [1]
20/12
certain [4]  6/18
10/16 13/3 17/7
certainly [1]  23/1
certification [7]
3/22 5/17 6/13 27/16
28/2 28/18 29/17
certify [1]  31/19
cetera [3]  6/11 6/15
7/6
chance [1]  21/20
change [5]  21/21
23/19 23/20 24/15
29/11
changes [1]  29/1
channel [1]  24/24
chaos [2]  29/5 29/5
characterize [1]
24/19
characterizing [1]
26/25
choose [2]  5/9 22/16
Circuit [2]  14/22
25/11
circumstances [1]
24/25
civil [3]  2/5 13/25
15/18
claim [9]  4/21 8/21
8/22 9/25 17/21 18/3
20/5 20/15 20/20
claims [2]  4/22 10/6
clarify [3]  12/22
17/19 23/2
clarifying [1]  22/4
class [8]  3/22 5/17
6/13 11/16 27/16 28/1
28/18 29/16
cleaned [1]  19/11
clear [11]  3/10 11/16
12/12 15/21 17/7 21/3
26/15 27/14 28/20
30/18 30/25
clearly [1]  22/4
29/15
client [11]  2/24 4/12

5/22 6/6 6/12 6/14
10/12 25/4 26/6 26/25
27/23
client's [3]  7/2 10/14
27/13
close [3]  16/25 22/7
31/3
coincide [1]  24/24
comes [3]  8/12 9/17
13/4
comfort [1]  27/24
comfortable [1]
24/2
coming [1]  23/8
comments [1]  26/16
commissions [1]
10/2
communicated [2]
7/4 30/10
communication [2]
30/19 30/22
Complaint [28]  2/20
6/22 7/15 7/19 10/3
11/4 11/9 13/3 14/23
14/25 15/2 15/6 15/8
15/9 15/11 15/15
15/16 15/19 15/15
16/13 17/12 18/3 19/2
21/14 21/16 21/22
25/14 27/21
Complaints [1]  9/4
complete [1]  26/18
completely [1]
17/11
complex [1]  20/4
complicated [4]
20/21 20/23 20/24
27/3
complicating [1]  8/9
complying [1]  13/21
comprehending [1]
23/4
concerned [1]  28/16
concert [1]  6/17
conference [4]  1/7
5/8 11/10 12/16
confident [1]  25/15
confirmed [1]  26/5
conform [1]  24/15
confused [1]  17/5
confusion [1]  7/20
consistent [1]  24/13
construe [1]  22/10
contacting [1]  10/12
contested [1]  14/8
continue [3]  4/25
20/7 25/3
conversation [9]
5/21 6/1 6/21 10/19
10/20 10/22 12/13
12/15 25/18
Coral [1]  1/14

core [2]  9/15 9/16
correct [6]  2/21 2/22
8/11 16/1 19/16 23/2
could [10]  8/20 13/9
17/24 19/21 20/20
24/3 27/15 29/21
29/23 29/23
counsel [54]
counsel's [1]  15/5
counts [1]  9/20
couple [2]  3/18 26/1
course [4]  19/4
24/14 28/9 28/21
court [63]
court's [3]  11/6 28/3
28/24
courtroom [1]  29/25
cover [1]  18/15
create [2]  6/3 6/17
creates [2]  5/20
23/11
creating [1]  5/10
CRR [2]  1/20 31/22
CULBERTSON [1]
1/12
currently [1]  5/8
cut [1]  20/8
CV [1]  1/2

**D**

date [1]  30/1
dates [11]  3/10 5/10
5/10 23/9 23/20 24/14
28/2 28/7 28/15 28/16
29/8
DAVID [1]  1/8
day [3]  3/24 20/13
31/15
days [2]  16/3 29/18
de [2]  1/13 12/20
deadline [13]  3/21
3/25 4/4 5/17 11/17
11/20 11/21 13/4 13/8
13/14 17/6 27/16
29/17
deadlines [12]  5/14
5/15 6/1 6/5 6/9 6/9
12/19 18/19 20/17
27/14 27/17 28/8
deal [1]  28/20
dealt [2]  5/24 18/23
decade [1]  24/22
December [2]  23/12
29/6
decide [1]  22/9
decided [2]  22/12
23/18
decision [1]  12/12
decisions [1]  12/11
declare [1]  17/19
deeply [1]  11/12
defendant [9]  1/6

1/12 2/19 3/12 8/22
15/20 30/2 30/20
30/21
defendants [9]  6/7
13/20 13/22 16/7 16/8
19/3 26/9 26/11 27/3
defense [4]  7/2 8/2
15/22 21/1
described [1]  14/2
despite [1]  13/19
determine [2]  6/14
21/22
determined [1]
14/24
Development [1]
2/19
DIAZ [1]  1/15
dictate [1]  29/3
did [7]  9/3 13/17
15/8 15/13 19/24
20/17 22/3
didn't [2]  5/19 24/19
different [4]  5/16
8/15 8/22 18/17
differently [1]  27/21
difficult [3]  6/12
6/14 25/3
direct [1]  30/19
directly [1]  30/10
disability [1]  24/23
disabled [2]  10/14
24/22
discovery [28]  3/24
3/25 4/2 4/3 5/2 5/4
5/6 6/10 6/13 6/15
11/19 11/19 12/9
12/16 12/18 12/20
12/22 13/17 14/16
14/20 15/1 18/11
18/11 19/17 19/24
20/5 20/16 21/13
discretion [1]  18/2
dismiss [8]  10/8
15/23 16/12 19/3
19/12 23/7 23/18
24/10
dispute [5]  8/6 8/8
10/5 10/23 21/7
DISTRICT [3]  1/1
1/1 1/8
divining [1]  9/25
do [26]  3/3 5/19 6/23
10/3 10/5 10/9 10/10
10/13 10/22 11/1 11/7
14/19 18/6 21/10
21/12 24/8 24/8 24/17
25/24 26/22 28/9
29/13 29/14 30/22
31/1 31/6
docket [3]  11/21
14/9 21/3
dockets [1]  29/6

## D

**documentation [5]**
5/18 19/23 20/15
20/18 20/19
**does [14]** 3/6 6/2
7/14 10/5 10/8 11/1
11/2 16/21 18/5 18/18
22/10 22/10 27/24
28/1
**doesn't [7]** 10/2
10/17 20/2 24/4 25/4
27/4 30/24
**doing [1]** 22/21
**DOJ [1]** 25/14
**don't [31]** 3/4 3/5
6/7 6/13 8/6 8/9 8/20
8/23 9/10 10/2 11/24
12/11 14/6 14/6 17/6
17/15 18/1 19/10
20/22 20/23 22/17
23/22 26/11 26/22
26/24 27/3 27/7 30/6
30/12 30/17 31/2
**done [8]** 5/1 5/14
6/23 16/9 19/6 19/17
21/18 23/12
**down [3]** 4/14 13/7
27/8
**Dr. [17]** 3/14 14/10
14/15 15/12 16/14
21/1 21/23 22/8 22/16
22/17 24/19 24/21
26/8 26/15 30/9 30/20
31/1
**Dr. Isaacs [17]** 3/14
14/10 14/15 15/12
16/14 21/1 21/23 22/8
22/16 22/17 24/19
24/21 26/8 26/15 30/9
30/20 31/1
**drive [1]** 22/9
**driving [2]** 14/10
22/8
**due [1]** 19/24
**during [1]** 14/15
**duty [1]** 13/10

## E

**each [2]** 3/5 22/6
**early [2]** 12/15 19/23
**Earlyn [1]** 1/13
**easement [3]** 8/16
17/16 17/20
**easier [1]** 28/19
**easily [1]** 27/15
**East [1]** 31/24
**easy [1]** 10/24
**ECF [5]** 3/13 3/13
13/18 17/10 18/8
**education [1]** 9/19
**efficient [1]** 13/5
**either [3]** 16/23

17/19 23/24
**Eleventh [1]** 14/22
**ELLEN [3]** 1/20
31/22 31/22
**Elm [1]** 1/11
**else [5]** 7/24 19/7
24/17 27/6 31/6
**email [1]** 30/13
**emotions [1]** 31/5
**encompass [1]**
10/16
**engage [1]** 15/1
**engaging [1]** 14/16
**enough [1]** 25/7
**enter [2]** 21/24 29/8
**entered [7]** 3/9 5/13
12/20 18/17 27/22
28/6 28/13
**entire [2]** 10/11
18/10
**entitled [2]** 16/16
31/20
**Equestrian [6]** 4/11
4/15 4/19 5/22 7/9
10/18
**Eric [2]** 1/15 2/16
**especially [1]** 28/13
**Esq [3]** 1/10 1/13
1/15
**essentially [1]** 8/16
**et [3]** 6/10 6/15 7/6
**ethically [1]** 30/9
**even [9]** 7/16 8/25
9/3 14/12 15/17 21/4
21/20 26/11 27/4
**eventually [1]** 14/4
**ever [3]** 8/6 8/23
12/25
**everybody [2]** 2/2
31/14
**everything [3]** 9/4
10/25 20/10
**exactly [4]** 6/20 24/3
**example [1]** 18/6
**excellent [1]** 13/5
**except [1]** 17/22
**exchange [2]** 5/6
9/13
**exercise [1]** 18/2
**expedited [1]** 27/2
**experienced [1]**
18/23
**explain [1]** 28/7
**extended [2]** 25/16
27/15
**extension [1]** 31/13
**extent [2]** 24/19
24/23
**extremely [4]** 4/11
12/10 20/13 25/3

## F

**fact [7]** 10/13 11/22
13/13 14/13 23/7 26/9
29/12
**facto [1]** 12/21
**factor [3]** 15/3 15/4
17/10
**factors [1]** 14/24
**fair [3]** 6/7 23/14
28/5
**fairly [1]** 22/10
**faith [1]** 14/15
**fall [1]** 29/4
**far [3]** 10/3 20/3
26/2
**fault [1]** 5/11
**February [9]** 3/23
3/25 4/3 11/18 13/16
14/20 29/5 29/16
29/23
**February 20 [1]**
3/23
**February 21 [2]**
3/25 13/16
**February 21st [2]**
11/18 14/20
**federal [7]** 10/6 10/7
15/3 21/8 26/17 27/5
28/24
**feel [3]** 24/2 25/14
27/20
**fence [4]** 10/4 10/5
11/2 17/17
**fess [1]** 26/12
**few [2]** 19/15 19/19
**figure [1]** 24/5
**figuring [2]** 6/2
29/24
**file [8]** 15/6 15/9
15/10 15/17 15/24
17/7 30/25 31/12
**filed [13]** 2/24 2/25
3/22 7/8 7/15 7/19
14/2 14/6 15/6 15/11
15/15 16/15 29/2
**files [1]** 19/20
**filing [3]** 15/12 16/14
25/23
**filings [2]** 26/17
**finally [2]** 18/4 22/1
**find [3]** 18/5 18/6
30/12
**fine [4]** 7/7 12/24
16/11 25/11
**first [11]** 3/3 3/5
3/19 5/7 11/12 11/15
13/4 15/8 21/8 26/1
30/16
**five [1]** 14/2
**fixes [1]** 23/15
**flavor [2]** 22/2 22/2

**Floor [1]** 1/16
**FLORIDA [7]** 1/1 1/4
1/14 1/16 1/22 28/25
31/24
**focus [1]** 4/13
**following [1]** 3/24
**fool [1]** 26/6
**foregoing [1]** 31/19
**FORT [4]** 1/2 1/4
1/22 31/24
**forth [1]** 18/25
**fortunate [2]** 6/5
23/7
**forward [2]** 16/20
31/11
**found [1]** 20/1
**four [1]** 16/10
**frankly [5]** 8/21 21/4
26/16 28/10 30/21
**friendly [1]** 26/11
**frivolous [1]** 13/20
**front [2]** 8/8 13/6
**full [1]** 21/15
**further [4]** 9/10
13/17 15/1 31/9

## G

**Gables [1]** 1/14
**game [2]** 3/6 24/7
**genius [2]** 24/23
24/23
**gentleman [2]** 10/14
30/6
**gentleman who [1]**
10/14
**get [18]** 3/10 4/12
8/9 10/1 12/13 12/13
13/2 13/11 16/3 16/23
16/24 19/17 20/18
21/13 26/24 27/1 27/7
31/4 31/5
**gets [1]** 8/6
**getting [2]** 16/20
31/11
**give [11]** 12/12 16/4
16/6 19/9 20/10 21/15
21/20 23/1 24/15 27/9
27/23
**given [2]** 10/12
27/17
**glad [1]** 21/9
**go [7]** 9/18 12/3
19/10 20/2 22/25
29/19 30/22
**goes [3]** 13/4 17/8
21/23
**going [32]**
**gone [1]** 11/20
**good [17]** 2/2 2/11
2/12 2/13 2/15 2/16
2/18 8/21 13/11 14/14
16/16 16/17 17/11

18/5 18/6 18/8 29/18
**Google [2]** 14/4 21/7
**got [8]** 10/12 10/15
10/18 10/19 13/24
16/14 20/5 29/22
**Grant [3]** 1/13 2/13
2/15
**gravamen [1]** 18/5
**great [1]** 31/15
**guess [2]** 9/7 29/4
**guideline [1]** 7/3
**guys [1]** 21/20

## H

**had [15]** 3/19 5/3
5/13 5/14 6/15 7/12
12/16 17/11 18/10
18/11 18/16 18/17
25/6 25/9 28/25
**Hampshire [6]** 1/11
20/9 25/22 26/3 26/20
27/20
**happen [2]** 12/16
15/1
**happened [2]** 5/3
12/9
**happening [1]** 29/4
**Happy [1]** 12/2
**hard [1]** 9/25
**has [30]** 3/8 3/25 4/8
7/9 7/11 8/5 10/10
10/22 14/2 15/14
16/22 17/18 18/16
18/22 18/23 19/20
20/1 21/1 21/2 21/7
22/3 22/4 22/4 22/12
23/9 26/5 26/8 27/18
29/25 31/1
**have [43]**
**haven't [5]** 2/25
5/24 6/15 7/12 10/7
**having [6]** 5/21 5/25
9/24 13/19 19/6 19/11
**he [17]** 14/12 16/15
16/15 17/5 20/1 22/9
22/10 22/12 22/16
22/20 24/6 25/1 25/1
28/9 30/22 30/25 31/1
**he's [3]** 10/13 24/22
30/6
**head [1]** 23/17
**headway [1]** 23/11
**hear [5]** 3/16 21/10
24/9 27/3 30/3
**heard [2]** 2/25 9/12
30/18
**hearing [1]** 7/13
**heartland [1]** 22/5
**help [4]** 27/19 27/19
31/2 31/4
**helpful [1]** 4/20
**her [8]** 3/20 3/24

**H**

**her... [6]** 11/16 13/7 13/8 13/16 14/21 14/24

**here [19]** 4/22 5/7 6/6 7/7 7/8 7/17 10/22 12/5 12/12 12/23 14/11 16/3 17/25 19/19 20/15 21/10 21/12 22/2 27/8

**here's [1]** 11/6

**hereby [1]** 31/19

**hide [1]** 3/7

**him [4]** 10/13 24/22 25/2 30/13

**himself [3]** 13/19 14/15 22/16

**HINSHAW [1]** 1/12

**hire [2]** 26/6 29/11

**his [13]** 4/12 7/3 7/3 22/9 22/14 22/14 22/15 24/23 24/23 25/5 25/20 27/21 30/25

**hold [3]** 7/22 22/17 22/19

**holding [2]** 6/2 23/6

**Honor [26]** 2/12 2/13 2/16 2/22 8/4 8/20 9/2 9/8 9/11 11/23 12/2 13/8 13/16 16/1 16/2 16/5 19/15 24/18 27/12 28/23 28/25 29/10 30/15 31/7 31/8 31/12

**HONORABLE [4]** 1/8 1/21 3/9 31/23

**hours [1]** 16/10

**house [2]** 7/3 7/6

**how [12]** 8/5 8/6 8/20 8/23 9/5 9/19 10/5 10/8 11/1 11/2 17/15 27/7

**hundreds [1]** 29/1

**hypothetical [1]** 24/6

**I**

**I will [1]** 15/7

**I'll [8]** 3/16 13/1 16/4 16/6 21/10 22/17 24/9 30/3

**I'm [34]**

**I've [5]** 15/4 16/17 21/4 24/21 30/8

**idea [1]** 20/9

**ideas [2]** 25/15 25/20

**if [31]** 5/9 6/15 7/16 8/25 9/3 10/25 12/11 16/15 16/20 19/11 19/12 21/1 21/2 21/11

21/18 22/3 22/23 22/24 23/13 23/16 23/17 24/11 24/14 24/19 25/8 26/20 27/1 28/6 28/18 30/2 31/3

**imagine [1]** 8/5

**immediately [1]** 20/10

**important [4]** 4/11 12/5 12/10 28/10

**importantly [1]** 17/9

**impractical [1]** 18/13

**in [93]**

**INC [3]** 1/6 2/5 2/14

**inception [1]** 29/22

**include [1]** 17/13

**included [1]** 5/16

**includes [2]** 5/4 5/5

**including [2]** 10/23 16/17

**incorrectly [1]** 18/9

**indicated [1]** 4/7

**individual [1]** 6/24

**inequitable [3]** 5/11 6/3 6/17

**information [4]** 5/15 12/10 13/22 19/25

**initial [2]** 4/3 9/20

**inside [1]** 23/16

**instance [1]** 27/15

**instructed [1]** 31/1

**intelligence [1]** 25/5

**intelligent [2]** 25/4 25/7

**intend [2]** 27/24 28/1

**intended [1]** 6/3

**intends [3]** 24/8 24/8 24/10

**intent [1]** 18/14

**interesting [2]** 5/24 24/24

**interrupt [1]** 11/24

**interrupting [1]** 12/6

**into [3]** 5/2 5/23 18/3

**involved [2]** 9/15 21/4

**involves [1]** 17/17

**involving [1]** 21/7

**is [98]**

**ISAACS [22]** 1/4 2/4 2/10 3/14 13/18 14/10 14/15 15/12 16/14 21/1 21/23 22/8 22/16 22/17 24/19 24/21 25/19 26/8 26/15 30/9 30/20 31/1

**isn't [2]** 11/3 24/7

**issue [13]** 2/24 4/18

5/16 5/24 6/25 7/2 7/4 7/7 8/1 8/7 12/23 19/11 24/12

**issued [3]** 3/12 3/24 29/3

**issues [2]** 9/15 18/23

**issuing [1]** 20/9

**it [80]**

**it's [39]**

**its [5]** 3/7 9/14 9/16 18/2 21/25

**itself [4]** 9/16 9/20 18/4 23/15

**J**

**January [4]** 3/21 4/4 11/18 29/4

**January 29 [2]** 3/21 4/4

**Jeff [1]** 25/19

**JEFFREY [2]** 1/4 2/9

**jeopardize [1]** 26/21

**joinder [3]** 3/20 11/17 27/24

**JSR [2]** 23/17 23/19

**judge [22]** 1/8 3/19 11/15 11/20 13/1 13/3 13/5 13/6 13/16 14/20 18/19 18/19 18/21 18/22 18/24 18/25 21/3 21/8 26/18 28/11 29/19 29/22

**judgment [1]** 20/20

**jurisdiction [6]** 8/5 8/7 8/18 8/23 9/6 9/17

**just [34]**

**justice [1]** 28/10

**K**

**KCK [17]** 2/19 3/13 3/17 4/5 7/11 7/16 9/6 10/5 10/9 11/1 11/3 11/7 11/8 15/20 16/18 17/13 19/1

**keep [1]** 21/13

**keeping [1]** 7/21

**Keith [2]** 1/10 2/9

**KELLER [9]** 1/6 2/5 2/14 8/25 9/3 9/21 19/20 20/1 27/23

**kind [26]** 4/6 4/8 5/1 5/11 5/16 5/21 5/24 5/25 6/14 6/16 8/18 10/11 12/5 12/17 12/18 15/3 17/2 17/21 18/1 19/9 19/11 20/12 21/12 23/11 23/16 24/23

**kinda [3]** 6/2 6/16 7/9

**kinds [3]** 14/7 22/18

26/16

**know [30]** 3/6 5/7 5/22 8/21 12/11 14/6 14/6 14/18 16/24 19/8 19/10 19/13 20/9 20/20 23/20 24/22 25/4 25/4 25/9 25/20 26/14 26/19 26/21 27/7 28/5 28/24 29/2 29/20 30/24 31/3

**L**

**Laches [1]** 17/22

**laid [2]** 13/7 25/13

**land [2]** 17/17 17/24

**last [3]** 21/19 30/3 30/5

**late [1]** 30/13

**later [1]** 8/14

**LAUDERDALE [4]** 1/2 1/4 1/22 31/24

**law [2]** 14/22 20/2

**lawyer [2]** 25/22 26/22

**lawyers [5]** 14/14 21/24 22/5 29/11 30/10

**least [3]** 16/16 16/25 28/12

**leave [4]** 15/6 15/10 15/17 27/10

**Lee [1]** 1/15

**legal [2]** 1/10 21/5

**LEIBOWITZ [1]** 1/8

**length [1]** 27/17

**Leon [1]** 1/13

**let [15]** 3/16 3/17 4/14 11/10 12/12 13/23 16/19 22/17 26/4 27/19 27/19 28/20 29/15 29/18 29/25

**let's [7]** 3/2 3/10 6/21 9/18 11/16 16/19 28/17

**liberally [1]** 22/10

**lights [1]** 29/25

**like [9]** 10/1 13/13 20/21 27/13 28/12 28/19 29/1 29/14 30/13

**limitations [1]** 17/22

**line [6]** 7/3 10/4 10/5 11/3 17/18 17/19

**lingering [1]** 4/8

**list [1]** 15/21

**litigants [1]** 22/11

**litigation [3]** 5/3 20/8 29/1

**little [3]** 4/17 25/23 28/21

**LLC [1]** 2/19

**LLP [1]** 1/12

**local [3]** 8/5 8/8 22/18

**long [4]** 4/3 4/8 5/25 8/14

**longstanding [1]** 18/11

**look [2]** 25/9 31/11

**looking [2]** 6/22 20/5

**looks [1]** 20/21

**lot [5]** 3/3 5/23 10/10 20/8 25/13

**loud [1]** 30/18

**lucky [1]** 15/12

**LYDECKER [1]** 1/15

**M**

**magistrate [4]** 18/21 18/22 18/24 18/25

**main [2]** 10/17 17/14

**Makai [3]** 2/17 8/25 9/3

**make [9]** 11/10 21/12 21/15 22/22 23/18 25/19 27/13 30/25 30/25

**makes [4]** 7/22 23/17 28/19 30/8

**making [1]** 12/11

**man [1]** 24/22

**Manchester [1]** 1/11

**March [6]** 13/24 14/1 18/16 28/14 29/5 29/24

**Massachusetts [1]** 26/2

**Mathews [4]** 1/10 2/9 30/6 30/7

**matter [7]** 2/4 4/1 6/24 8/16 13/19 20/4 31/20

**may [7]** 8/21 19/3 23/3 27/20 27/21 29/8 29/8

**may be [2]** 8/21 29/8

**maybe [8]** 17/5 21/21 21/23 28/6 31/2 31/2 31/3 31/3

**McAliley [1]** 1/15 2/17

**me [31]** 3/16 3/17 3/17 4/14 4/24 8/11 11/10 13/23 13/25 14/6 14/19 19/7 19/10 19/12 19/13 20/6 20/7 20/13 23/16 24/6 24/9 25/8 26/4 27/19 27/19 28/20 28/20 29/7 29/15 29/20 30/8

**mean [12]** 4/7 8/21 9/15 11/24 14/7 21/7 22/8 25/9 25/22 26/11

**M**

**mean... [2]** 29/21 30/7
**meantime [1]** 5/2
**meet [1]** 31/10
**meetings [1]** 25/1
**mention [1]** 20/6
**merits [1]** 26/7
**Miami [1]** 1/16
**mind [4]** 3/6 9/17 28/3 28/14
**minute [1]** 12/6
**minutes [1]** 13/6
**missing [1]** 21/11
**misunderstanding [1]** 11/14
**moment [1]** 13/2
**months [4]** 18/12 21/8 29/4 29/19
**more [9]** 16/3 20/21 22/2 27/9 27/9 27/25 28/7 29/18 30/14
**most [2]** 13/2 17/9
**motion [10]** 2/23 10/8 13/14 15/5 15/17 17/18 19/12 23/17 24/10 31/11
**motions [3]** 3/22 23/7 29/16
**move [4]** 15/23 16/11 19/3 29/9
**moving [2]** 16/19 19/16
**Mr [2]** 27/20 30/5
**Mr. [1]** 30/7
**Mr. Mathews [1]** 30/7
**Ms [1]** 2/15
**Ms. [1]** 2/3
**Ms. Shotwell [1]** 2/3
**much [4]** 14/11 19/22 25/21 28/19
**my [22]** 2/24 3/3 4/12 5/22 6/6 6/12 6/14 7/2 7/20 8/4 8/21 9/17 10/12 10/14 11/25 19/9 20/12 21/8 25/19 27/13 28/8 28/14
**myself [1]** 30/12

**N**

**name [2]** 26/20 26/20
**near [1]** 26/24
**necessarily [3]** 6/3 6/7 16/16
**need [13]** 16/9 17/25 20/10 24/1 24/15 24/17 27/1 29/7 29/20 30/17 30/24 31/3 31/6
**needed [2]** 5/15

15/10
**needs [1]** 15/1
**neighborhood [1]** 13/25
**never [4]** 12/16 14/18 15/5 20/15
**new [8]** 1/11 13/23 15/18 20/8 25/22 26/3 26/19 27/20
**newer [1]** 4/16
**newest [1]** 13/1
**night [1]** 30/13
**Ninth [1]** 25/11
**no [19]** 1/2 5/3 8/1 13/21 15/17 16/5 18/24 22/20 23/11 23/22 25/11 26/3 26/7 26/14 26/17 28/11 30/14 30/19 31/8
**non [1]** 9/7
**non-party [1]** 9/7
**none [2]** 12/25 26/15
**nonsense [2]** 14/2 21/9
**not [55]**
**note [1]** 21/20
**noted [1]** 13/18
**notes [1]** 18/21
**nothing [6]** 4/9 11/20 13/13 17/21 22/7 31/9
**notice [1]** 13/21
**November [1]** 23/13
**now [12]** 3/2 7/9 8/14 13/23 15/22 19/12 21/21 24/21 25/14 27/23 30/16 30/22
**number [3]** 2/5 3/13 13/18

**O**

**object [1]** 27/16
**objection [1]** 16/5
**obvious [1]** 26/4
**obviously [2]** 9/15 19/24
**October [2]** 23/18 23/20
**off [2]** 6/2 7/22
**office [1]** 20/12
**officers [1]** 14/13 20/25
**Official [2]** 1/21 31/23
**often [1]** 26/12
**Oh [1]** 20/22
**okay [7]** 7/24 8/2 11/6 12/8 17/1 19/6 23/23
**on [56]**
**once [2]** 21/18 21/22

**one [10]** 9/21 11/23 13/23 16/15 17/14 21/24 28/7 29/10 30/2 30/5
**ones [1]** 6/6
**only [3]** 19/11 19/19 23/5
**opportunities [1]** 28/2
**opportunity [6]** 19/4 21/15 23/2 28/22 29/13 29/14
**opposing [1]** 22/15
**opposite [2]** 15/14 29/17
**or [24]** 3/23 5/14 8/25 13/25 15/2 15/24 16/9 16/24 17/4 17/19 17/22 18/10 19/2 19/8 19/13 21/22 21/22 22/20 23/3 26/12 26/20 28/7 29/20 30/20
**orally [2]** 14/11 17/14
**order [34]**
**ordered [1]** 5/5
**ordering [1]** 30/16
**orders [1]** 18/17
**original [2]** 18/12 18/14
**originally [1]** 8/12
**other [8]** 3/5 6/8 9/15 10/18 19/21 19/21 22/6 28/16
**otherwise [1]** 14/15
**our [3]** 6/20 19/17 23/9
**out [13]** 4/7 6/2 9/25 10/18 10/19 20/3 22/17 22/22 24/5 25/10 25/13 28/18 29/24
**over [6]** 8/5 8/23 15/18 22/21 24/21 25/16
**overall [3]** 4/7 6/24 7/6
**overview [1]** 19/9
**own [2]** 21/25 25/19
**owner [2]** 17/17 17/24

**P**

**p.m [2]** 2/1 31/16
**Palms [6]** 4/11 4/15 4/19 5/22 7/9 10/18
**papers [3]** 14/8 15/24 28/12
**paragraph [3]** 18/7 18/8 18/15
**part [6]** 2/19 6/25

12/22 14/19 14/23 27/22
**particularly [2]** 5/22 27/17
**parties [12]** 3/21 4/5 5/12 5/21 6/4 6/15 11/2 11/17 17/17 18/22 19/7 27/25
**party [10]** 4/20 6/23 8/4 8/12 8/15 8/15 9/7 11/8 14/10 30/21
**passage [1]** 17/20
**passed [7]** 5/10 5/14 6/6 6/9 18/19 27/14 27/18
**passing [2]** 6/1 12/19
**past [1]** 27/1
**pay [1]** 26/12
**peek [2]** 14/23 14/25
**pending [2]** 10/8 13/17
**Penningt [1]** 1/13
**people [1]** 28/12
**percent [2]** 10/1 22/19
**perfect [1]** 15/15
**perfected [1]** 15/2
**perhaps [3]** 7/20 17/22 18/9
**period [4]** 4/4 14/16 18/15 25/16
**periods [3]** 23/19 24/1 24/13
**permit [1]** 14/18
**permitted [2]** 15/20 28/9
**person [1]** 29/11
**personal [2]** 14/17 25/24
**phone [1]** 10/21
**pick [1]** 5/9
**picture [1]** 12/12
**place [3]** 5/2 7/7 10/24
**plain [1]** 11/11
**plaintiff [12]** 1/4 1/10 2/8 3/14 8/17 9/4 13/3 13/18 14/3 15/8 19/4 26/10
**plaintiff's [17]** 11/12 13/9 13/10 14/9 14/18 15/4 15/13 16/18 17/5 23/2 26/5 28/5 28/21 30/4 30/17 30/23 30/24
**plan [1]** 23/24
**play [1]** 28/11
**pleadings [3]** 3/21 11/18 27/25
**please [5]** 2/2 2/7 4/24 19/14 30/9

**pleasure [1]** 31/10
**point [13]** 5/3 5/6 5/9 5/12 7/21 12/22 17/2 17/3 17/4 19/6 24/11 25/11 29/18
**pointed [1]** 28/13
**poker [3]** 3/6 24/7 28/11
**Ponce [1]** 1/13
**portion [2]** 10/16 10/17
**position [4]** 9/5 12/25 25/19 27/14
**possession [1]** 19/20 25/21
**possible [2]** 19/17 25/21
**practice [1]** 20/7
**practiced [1]** 13/6
**prejudice [5]** 13/9 26/3 26/7 26/15 28/12
**preliminary [2]** 14/23 14/24
**prepared [1]** 19/22
**prescription [1]** 8/16
**prescriptive [2]** 17/16 17/20
**present [2]** 22/14 25/20
**presenting [1]** 25/15
**pretty [2]** 12/12 19/22
**previously [1]** 28/4
**primary [1]** 4/12
**prior [3]** 2/23 3/9 11/13
**pro [2]** 22/9 22/11
**probably [1]** 28/25
**problem [4]** 12/24 22/20 25/6 28/24
**problems [1]** 30/6
**procedural [1]** 16/19
**proceedings [2]** 31/16 31/20
**process [1]** 25/12
**productive [1]** 22/3
**promise [1]** 16/22
**property [6]** 9/16 9/20 10/11 10/15 10/17 10/23
**proposal [3]** 19/17 23/9 23/10
**propose [1]** 6/20
**prosecuting [1]** 13/18
**prove [1]** 10/25
**proven [1]** 14/15
**provide [1]** 6/12
**provided [2]** 5/18 20/15
**provision [2]** 5/4 6/10

**P**

**put [5]** 5/2 11/16 16/21 20/19 23/20
**puts [3]** 3/14
**putting [1]** 28/12

**Q**

**quickly [3]** 19/17 19/18 19/22
**quiet [4]** 8/16 9/6 11/4 17/16
**quite [2]** 11/25 15/14

**R**

**rank [1]** 21/8
**RASSIE [3]** 1/20 31/22 31/22
**re [2]** 24/19 26/25
**re-characterize [1]** 24/19
**re-characterizing [1]** 26/25
**read [2]** 7/21 17/10
**ready [1]** 2/3
**real [1]** 9/19
**really [19]** 3/3 4/9 5/7 5/24 6/12 7/8 9/21 10/17 12/5 14/8 14/10 14/11 17/15 18/7 20/4 20/19 21/9 22/2 23/6
**realtor [1]** 10/12
**realtors [1]** 7/5
**REALTY [3]** 1/6 2/5 2/14
**reappear [1]** 28/8
**reason [2]** 14/20 18/1
**reasons [7]** 3/14 11/8 11/9 17/14 19/1 28/3 30/1
**reassigned [1]** 13/25
**receive [1]** 19/24
**receiving [1]** 12/21
**recently [1]** 5/23
**recognize [1]** 25/22
**record [4]** 2/8 2/18 11/11 13/13
**refile [1]** 27/21
**reflects [1]** 4/6
**regard [1]** 9/13
**regarding [4]** 2/23 11/13 19/20 20/11
**registry [1]** 10/13
**Reinhart [2]** 18/22 18/25
**related [1]** 13/22
**relevant [1]** 6/24
**remain [1]** 19/3
**remiss [2]** 22/3 24/19
**removing [1]** 30/13

**REPORTED [1]** 1/20
**Reporter [2]** 1/21 31/23
**representation [1]** 15/5
**representations [3]** 14/13 22/18 22/19
**represented [3]** 14/12 22/12 30/21
**representing [1]** 30/20
**requested [2]** 19/23 19/25
**requesting [2]** 7/21 13/22
**requests [1]** 13/20
**requirements [3]** 6/18 6/19 13/21
**reset [1]** 21/12
**resolve [4]** 4/18 7/7 10/24 20/20
**resolved [2]** 4/11 4/23
**resolving [1]** 6/25
**resources [1]** 26/19
**respect [3]** 11/7 16/18 27/12
**respects [1]** 14/10
**respond [2]** 19/5 21/15
**response [2]** 2/25 3/14
**responses [3]** 12/21 24/11 31/11
**restricted [1]** 12/17
**reviewed [1]** 17/10
**revive [2]** 27/24 28/1
**revived [1]** 27/17
**right [13]** 3/2 3/10 7/24 9/1 11/25 14/22 15/9 15/25 21/21 23/22 26/18 27/23 30/16
**rise [1]** 28/7
**rising [1]** 20/23
**risk [1]** 26/22
**RMR [2]** 1/20 31/22
**RMR-CRR [2]** 1/20 31/22
**Robin [1]** 3/9
**Rodney [2]** 1/21 31/23
**Room [2]** 1/22 31/24
**Rosenberg [12]** 3/9 3/19 11/15 11/21 13/1 13/16 14/20 18/19 18/20 26/18 29/20 29/22
**Rosenberg's [2]** 13/5 21/4
**rule [8]** 7/15 7/18 16/12 17/7 22/18

22/18 24/11 26/22
**ruled [1]** 10/7
**ruling [3]** 7/23 15/2 24/15
**rulings [1]** 21/4
**run [3]** 5/23 11/1 25/9

**S**

**said [11]** 5/18 9/4 12/4 14/21 17/9 20/17 21/1 23/1 25/11 26/5 28/19
**sale [2]** 10/11 10/15
**same [3]** 5/25 6/14 23/24
**saw [1]** 17/1
**say [18]** 3/16 11/23 13/10 13/23 14/5 14/7 15/7 15/12 15/24 22/1 22/3 22/13 23/12 23/12 28/17 28/23 29/15 30/14
**saying [7]** 8/10 10/4 13/10 15/13 16/24 27/4 29/7
**says [2]** 20/10 24/4
**schedule [3]** 16/21 23/9 27/2
**scheduling [17]** 3/9 3/20 5/7 6/20 7/8 11/13 13/7 18/10 18/13 18/18 21/19 21/21 22/25 23/6 24/12 27/13 27/22
**se [2]** 22/9 22/11
**seated [1]** 2/3
**second [14]** 2/20 7/15 7/19 7/19 11/9 15/6 15/9 15/11 15/16 15/19 15/21 16/12 17/4 17/12 19/2
**Secondly [1]** 26/4
**see [7]** 8/6 8/20 8/23 11/5 17/6 17/15 18/1
**seek [1]** 15/10
**seemingly [1]** 18/13
**seems [3]** 8/12 10/16 12/12
**seen [2]** 16/17 18/22
**sees [1]** 17/21
**Seitzer [1]** 20/1
**separate [2]** 11/3 11/8
**September [7]** 1/5 7/18 15/25 16/6 17/4 19/2 31/22
**September 13th [1]** 16/6
**served [5]** 2/21 7/11 7/16 7/18 17/3
**serves [1]** 28/10

**serving [1]** 7/14
**set [2]** 2/24 21/18
**settle [4]** 22/23 22/23 22/24 26/12
**settled [1]** 16/24
**settlement [4]** 12/16 20/2 31/3 31/4
**settling [1]** 16/25
**several [1]** 30/8
**shall [2]** 14/7 30/3
**sharply [1]** 4/2
**she [5]** 3/19 13/17 13/17 14/21 14/21
**she had [1]** 3/19
**she's [1]** 14/22
**shenanigans [2]** 21/6 22/22
**Sherman [6]** 8/13 9/20 9/25 19/21 19/25 25/9
**shift [1]** 24/3
**shocking [1]** 13/4
**shoehorn [1]** 8/18
**shoot [2]** 15/23 16/12
**Shotwell [1]** 2/3
**should [12]** 3/13 3/17 4/5 19/16 22/5 22/7 27/21 28/8 28/22 30/4 30/19 30/22
**shouldn't [1]** 25/2
**show [11]** 2/24 2/25 3/11 3/12 3/15 7/13 7/21 9/5 13/11 17/6 18/5
**showing [2]** 16/17 16/17
**shows [2]** 17/11 18/6
**sick [1]** 24/9
**side [1]** 11/16
**sides [1]** 14/8
**sign [1]** 22/14
**simply [2]** 15/9 29/17
**since [5]** 13/23 13/24 18/11 18/16 21/4
**sincerely [1]** 30/7
**Siobhan [2]** 1/13 2/13
**sir [3]** 2/11 2/18 7/25
**sitting [3]** 3/4 3/5 5/8
**situation [3]** 5/11 5/20 6/17
**six [6]** 10/1 18/12 21/8 27/9 27/9 29/19
**size [1]** 7/6
**slide [1]** 12/1
**slow [1]** 4/14
**Smith [2]** 1/21 31/23
**so [42]**

**sold [1]** 10/22
**soliciting [1]** 10/13
**solid [1]** 25/17
**some [11]** 5/13 5/14 6/1 7/4 8/7 8/18 13/1 14/9 17/1 24/19 24/23
**something [9]** 9/24 10/1 10/9 13/11 20/11 21/11 23/3 25/2 29/21
**sometimes [2]** 25/1 31/4
**somewhere [1]** 13/24
**sorry [1]** 11/24
**sound [3]** 10/7 13/9 23/17
**SOUTHERN [1]** 1/1
**speak [4]** 18/18 22/14 22/16 26/7
**speaker [1]** 14/11
**speaks [1]** 25/1
**specifically [2]** 6/10 19/19
**stage [3]** 4/13 5/22 6/21
**stand [1]** 3/17
**start [1]** 6/21
**started [2]** 12/13 26/2
**starting [4]** 22/7 22/13 23/10 23/13
**state [8]** 3/17 4/20 4/23 8/7 8/22 11/3 17/24 28/25
**stated [5]** 3/20 11/15 15/4 16/18 28/3
**states [3]** 1/1 1/8 18/9
**Status [1]** 1/7
**statute [5]** 17/22 20/8 26/11 26/12 29/2
**statutes [1]** 10/7
**stay [12]** 3/24 5/2 5/13 11/19 12/10 12/20 12/21 13/15 18/11 19/24 20/16 21/13
**stayed [7]** 3/25 4/3 11/19 13/17 14/16 14/20 18/12
**stays [1]** 15/3
**STENOGRAPHICALLY [1]** 1/20
**stepped [1]** 7/10
**still [5]** 2/20 6/9 9/5 9/24 20/14
**stop [2]** 7/14 16/19
**stops [1]** 25/5
**strange [1]** 25/23
**Street [1]** 1/11
**stricken [1]** 19/1
**strike [1]** 15/20

**S**

**stuff [1]** 26/21
**submission [1]** 18/4
**submissions [4]**
11/13 13/20 15/22
17/1
**submitted [2]** 24/14
26/8
**subpoena [2]** 13/21
21/7
**subpoenas [1]** 14/4
**such [1]** 13/21
**sudden [1]** 25/23
**suit [1]** 27/8
**Suite [2]** 1/11 1/13
**summary [1]** 20/20
**supplemental [3]**
8/18 9/5 9/17
**supplementally [1]**
18/2
**supposed [1]** 5/19
**Supreme [1]** 29/3
**sure [10]** 9/23 21/12
21/15 22/22 25/19
27/13 30/3 30/17
30/25 30/25
**survive [5]** 16/21
27/22 28/22 30/3 30/4
**survives [10]** 15/2
16/20 21/14 21/17
21/18 21/22 24/4
24/12 27/1 28/6
**susceptible [1]**
10/14

**T**

**table [1]** 11/1
**tactics [1]** 26/16
**take [4]** 3/2 17/5
25/24 28/18
**taken [1]** 14/14
**talking [5]** 6/8 6/10
12/19 23/7 23/13
**tangentially [1]**
13/23
**TCPA [13]** 5/4 5/17
8/13 9/21 19/21 19/23
20/5 20/5 20/8 20/11
20/14 20/19 26/10
**technicalities [1]**
16/19
**telephone [1]** 9/22
**tell [5]** 3/17 19/7
23/16 26/4 28/13
**ten [2]** 13/6 29/18
**term [1]** 21/5
**terms [3]** 5/8 5/12
7/5
**than [4]** 4/16 20/21
22/2 29/18
**Thank [5]** 4/24 9/9
12/3 31/12 31/13

**Thanks [1]** 31/14
**that [222]**
**that's [29]** 2/22 4/15
4/20 6/3 8/22 9/16
10/4 10/18 11/25
12/17 12/24 13/6
14/19 15/3 16/1 16/11
17/1 17/4 20/4 21/18
23/5 23/14 24/7 25/2
25/11 27/8 28/14 29/6
31/7
**their [6]** 9/4 15/15
15/24 19/4 19/20
23/10
**them [6]** 7/14 7/22
8/24 11/1 20/10 28/13
**themselves [1]**
30/21
**then [8]** 8/14 10/15
12/20 13/14 19/4
22/10 24/11 24/11
**there [32]**
**there's [18]** 3/3 8/14
9/15 17/7 17/20 18/4
19/12 19/19 20/16
21/5 21/12 22/1 23/9
23/11 26/3 26/7 26/14
28/11
**thereunder [1]**
11/14
**these [13]** 6/1 6/16
10/15 10/21 10/21
11/2 12/11 12/19
18/22 20/17 24/25
25/24 29/3
**they [19]** 2/20 5/19
5/19 7/5 7/15 7/17
8/20 10/1 10/7 15/10
15/14 15/15 15/22
15/23 19/7 20/8 25/11
27/4 30/21
**they're [4]** 15/24
16/11 16/12 25/14
**thing [4]** 12/4 23/5
25/25 30/5
**things [11]** 3/18
5/13 6/16 7/4 9/21
10/2 10/15 19/15
19/19 25/13 26/1
**think [46]**
**third [4]** 2/19 17/9
21/1 21/2
**this [73]**
**those [14]** 5/14 6/7
7/4 9/7 10/2 10/6
10/9 11/9 19/1 24/14
27/16 28/2 28/15 30/1
**though [2]** 14/12
15/17
**thought [1]** 12/5
**thoughts [1]** 25/20
**thousands [1]** 29/2

**three [3]** 11/7 11/9
16/9
**through [4]** 7/5
10/11 25/18 30/22
**throughout [2]** 14/9
18/24
**thrown [2]** 10/18
14/5
**till [1]** 7/22
**time [20]** 3/3 3/5 4/8
5/25 8/14 9/25 14/23
14/25 17/8 17/20
17/25 18/16 18/24
19/6 23/19 24/1 24/13
25/16 26/19 27/17
**timeframe [1]** 4/10
**times [2]** 23/10 30/8
**title [4]** 8/16 9/6
11/4 17/16
**title/prescriptive [1]**
17/16
**today [11]** 3/3 7/17
16/15 17/15 21/10
22/3 22/4 22/4 22/7
22/13 29/25
**together [2]** 25/16
25/21
**toll [1]** 6/18
**tolled [1]** 18/10
**tolling [1]** 6/18
**too [2]** 6/9 24/3
**took [1]** 14/14
**top [3]** 11/15 14/1
21/9
**total [1]** 9/7
**totally [2]** 8/22
23/14
**touch [1]** 11/2
**towards [5]** 21/8
22/5 22/6 26/7 26/15
**transactions [1]** 9/8
**transcription [1]**
31/20
**trial [5]** 11/2 19/16
19/22 22/25 29/12
**tried [1]** 16/24
**true [3]** 21/2 21/2
21/3
**try [4]** 15/15 24/24
28/7 29/3
**trying [2]** 8/17 25/18
**turn [2]** 22/20 29/25
**twelve [2]** 29/6
29/11
**two [12]** 6/5 6/8
9/20 9/21 9/24 10/2
10/6 10/7 11/2 16/2
17/14 28/15
**types [1]** 10/15

**U**

**ultimately [1]** 28/6

**unaware [1]** 17/23
**uncomfortable [1]**
30/9
**undated [1]** 15/18
**under [3]** 7/15 7/18
19/25
**understand [2]** 10/3
20/16
**understands [2]**
13/7 21/16
**undisputed [1]**
17/17
**unfair [2]** 5/20 14/25
**UNITED [2]** 1/1 1/8
**unless [2]** 14/15
26/6
**unmitigated [1]**
29/5
**unnecessarily [1]**
8/9
**unpersuaded [3]**
11/12 17/11 17/11
**until [3]** 12/22 21/13
24/9
**unwanted [1]** 9/22
**up [15]** 3/2 3/17 4/2
4/24 7/10 12/22 19/11
20/8 20/8 23/8 23/18
26/12 26/12 26/12
29/16
**us [2]** 16/19 19/21
**use [1]** 10/6
**used [2]** 20/7 27/7
**using [1]** 25/14
**usual [1]** 14/22

**V**

**versus [1]** 2/5
**very [19]** 3/10 6/14
7/8 11/16 14/11 14/11
15/21 18/23 19/22
21/9 24/2 24/22 25/14
26/10 26/15 27/15
28/10 28/20 29/15
**violate [1]** 26/11
**violation [1]** 20/2
**vitriolic [1]** 14/17
**voided [1]** 18/10

**W**

**wait [2]** 24/10 24/10
**waiting [3]** 2/23
19/12 26/9
**walked [1]** 4/7
**want [5]** 9/12 12/13
20/6 23/1 27/10
**wanted [2]** 12/22
15/15
**wants [2]** 8/3 26/22
**was [64]**
**waste [1]** 26/18
**way [9]** 10/11 15/12

16/15 18/18 22/5
23/17 23/25 24/24
31/5
**we [42]**
**we'll [2]** 22/25 26/24
**we're [28]** 2/23 3/5
5/7 5/10 5/25 6/2 6/8
6/9 6/22 7/7 7/8 7/17
7/22 12/19 20/4 20/5
21/10 21/11 22/23
22/23 22/24 23/7
23/10 23/13 25/1
25/15 27/2 31/14
**we've [7]** 6/22 10/11
10/15 12/17 20/5
25/16 28/25
**wearing [1]** 27/8
**weeks [2]** 27/9
27/10
**well [12]** 4/6 9/14
9/18 10/10 19/10
19/18 20/14 23/5
24/22 25/8 26/10
28/25
**Wellington [1]** 2/17
**went [6]** 10/11 11/21
13/14 25/10 27/20
29/17
**were [11]** 3/22 4/18
5/12 5/19 5/21 7/4
7/5 7/16 7/17 14/4
31/3
**weren't [1]** 12/21
**what [37]**
**what's [3]** 8/15
10/22 29/4
**whatever [2]** 24/15
29/8
**when [22]** 3/19 4/7
5/1 5/13 5/25 6/13
9/20 10/18 11/21
12/15 12/19 13/2 13/7
13/14 13/17 14/16
17/7 20/12 25/3 28/13
29/22 29/24
**whenever [1]** 2/3
**where [15]** 5/3 5/8
5/12 5/20 6/2 6/17
6/21 9/17 19/7 19/9
25/5 28/13 28/14 29/6
29/25
**whether [5]** 15/2
16/20 21/14 21/22
26/19
**which [21]** 5/11 5/16
5/18 5/23 7/17 9/19
9/25 10/4 10/8 10/16
12/6 14/4 16/15 17/15
17/22 18/14 19/21 20/1
26/2 26/5 28/8
**while [3]** 3/8 6/1
16/3

**W**

**who [3]** 7/5 10/14
14/6
**whole [1]** 25/9
**wholly [1]** 8/14
**why [19]** 3/12 3/14
3/17 4/5 7/11 7/14
8/7 8/19 11/5 12/6
14/20 17/6 17/21 18/1
18/6 18/6 21/16 26/6
28/7
**will [29]** 8/23 9/18
11/8 15/7 16/21 19/1
19/4 21/18 21/19
21/21 21/24 22/8
22/10 22/14 22/14
22/14 22/21 22/24
23/20 24/11 24/12
28/7 28/22 29/13
29/14 30/25 31/2 31/4
31/12
**WILLIAMS [9]** 1/6
2/5 2/14 8/25 9/3
9/21 19/20 20/1 27/24
**wish [5]** 7/24 19/8
19/8 25/6 27/21
**wishes [2]** 19/13
19/13
**within [2]** 18/13
22/4
**without [2]** 6/18
29/19
**witnesses [1]** 7/5
**won't [2]** 16/23 30/3
**word [1]** 10/6
**work [1]** 25/18
**worked [1]** 10/19
**working [4]** 6/16
24/21 25/2 25/16
**works [1]** 24/6
**would [22]** 6/25
8/17 11/5 12/16 14/18
14/19 14/25 16/7
16/15 18/2 18/15 19/7
20/19 22/1 22/2 24/18
26/20 26/21 26/21
27/13 27/16 28/23
**would've [1]** 20/13
**writing [1]** 14/12
**wrong [1]** 15/14

**Y**

**yeah [5]** 3/2 8/10
10/25 16/3 28/19
**year [1]** 14/1
**years [1]** 26/13
**Yep [1]** 30/11
**yes [7]** 9/2 9/8 24/18
27/11 27/12 29/10
30/15
**yet [1]** 3/1
**you [67]**

**you'll [1]** 8/11
**you're [8]** 2/3 8/10
8/18 24/9 26/6 26/25
27/10 29/7
**your [37]**
**yours [1]** 9/1