UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DR JEFF ISAACS
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
MAKAI SOUTHEAST, LLC (d/b/a
KELLER WILLIAMS REALTY WELLINGTON),

    Defendants.

CASE NO. 9:23-cv-81393-RLR

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DR JEFF ISAACS, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby voluntarily dismisses this action without prejudice. In support of this notice, Plaintiff states as follows:

1. The parties have previously sought and obtained several extensions from this Court to facilitate ongoing settlement discussions.
2. Defendant Makai and its representatives have delayed responses due to the need for approval from their insurance carrier and had indicated that a nearly final settlement agreement would be provided to Plaintiff by October 7, which has not occurred.
3. Given the state of emergency in Florida due to Hurricane Milton, and the continuing delays in settlement response from Defendant, Plaintiff has decided to dismiss this action in the interest of efficiency and in light of the expectation that settlement will be forthcoming.
4. This dismissal is without prejudice, allowing Plaintiff to refile should settlement discussions not come to fruition. Plaintiff does expect that by filing this Notice that Defendant Makai Southeastern, LLC will immediately terminate its related state court matter, which has persisted for two years without any buyer or basis in law, given the Arbitration requirement.

5. The plaintiff has not invoked Rule 41 previously in this litigation. Plaintiff made all efforts to use Rule 41 sparingly but believes it to be well justified under the circumstances.

Plaintiff respectfully requests the Court acknowledge this voluntary dismissal.

DATED this 8th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/Ayelet Faerman<br>AYELET FAERMAN, ESQ.<br>FBN: 102605<br>Faerman Law, P.A.<br>3859 NW 124th Ave<br>Coral Springs, FL 33065<br>Tel: (954) 271-8484<br>F ax: (954) 271-8474<br>ayelet@faerman.law | /s/ Keith Mathews<br>Keith Mathews<br>Attorney for Plaintiff<br>*Pro Hac Vice*<br>NH Bar No. 20997<br>American Wealth Protection<br>Manchester, NH 03105<br>Ph. 603-622-8100<br>keith@awplegal.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Deposition has been served on this 8th day of October, 2024, to all parties of record via electronic mail as per the Federal Rules of Civil Procedure and Local Court Rules.

| | |
|---|---|
| /s/Ayelet Faerman<br>AYELET FAERMAN, ESQ.<br>FBN: 102605<br>Faerman Law, P.A.<br>3859 NW 124th Ave<br>Coral Springs, FL 33065<br>Tel: (954) 271-8484<br>F ax: (954) 271-8474<br>ayelet@faerman.law | /s/ Keith Mathews<br>Keith Mathews<br>Attorney for Plaintiff<br>*Pro Hac Vice*<br>NH Bar No. 20997<br>American Wealth Protection<br>Manchester, NH 03105<br>Ph. 603-622-8100<br>keith@awplegal.com |