UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81393-LEIBOWITZ/REINHART

**DR JEFF ISAACS**,

    *Plaintiffs,*

v.

**KELLER WILLIAMS REALTY, INC.,** *et al.*,

    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 161], filed on October 8, 2024. Accordingly, Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby

**ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice*. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record